IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES KELLY,** | |
| Plaintiff, | Case No: 2:24-cv-06701-JFM |
| vs | HONORABLE JOHN F. MURPHY |
| **CITY OF PHILADELPHIA and DETECTIVE WALTER HOFFNER, DETECTIVE REINHOLD, DETECTIVE LEON LUBIEJEWSKI, DETECTIVE GROSS, DETECTIVE J. COLLINS, DETECTIVE SNELL, DETECTIVE DIVARINA, DETECTIVE MEE, DETECTIVE JASTREMBSKI, and DETECTIVE DOUGHERTY, in their individual capacities,** | JURY TRIAL DEMANDED |
| Defendants. | |

## ENTRY OF APPEARANCE

TO:    Clerk of the Court
         All Counsel of Record

Kindly enter my appearance as counsel on behalf of **Defendant, City of Philadelphia**, in the above captioned matter.

**NATHAN & KAMIONSKI LLP**

By:    */s/ Ephraim R. Siff*
         Ephraim R. Siff (PA Bar No. 334943)
         Nathan & Kamionski LLP
         575 South Charles Street, Suite 402
         Baltimore, MD 21201
         (410) 630-4611
         esiff@nklawllp.com

*Attorneys for Defendant City of Philadelphia*

Dated:   January 23, 2025

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 23, 2025, I electronically filed the foregoing pleading with the Clerk of the Court by using the CM/ECF system, which will send notification to all registered parties.

                                                  */s/ Kimberly A. Moin*
                                                  Kimberly A. Moin, Paralegal