IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES KELLY | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF PHILADELPHIA, ET AL | : | No.: 24-CV-06701-JFM |

ORDER

AND NOW, this 27th day of January 20 25 , it is hereby

ORDERED that the application of Natalie Adeeyo , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.[1]

☐ DENIED.

_____
MURPHY, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.