IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES KELLY | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF PHILADELPHIA, ET AL | : | No.: 24J-CV-06701-JFM |

ORDER

AND NOW, this 27th day of January 20 25, it is hereby

ORDERED that the application of Jami L. Galbraith , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.[1]

☐ DENIED.

_____
MURPHY, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 24-cv-06701-JFM

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
### PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **Jami L. Galbraith** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Maryland | 11/28/2022 | 2211280175 |
| New Mexico | 02/09/2024 | 162346 |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| District Court of Maryland | 06/28/2024 | 31219 |
| N. Dist of Ohio | 01/14/2025 | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

*Jami L. Galbraith*
(Applicant's Signature)

01/27/2025
(Date)

Name of Applicant's Firm: Nathan & Kamionski LLP
Address: 575 South Charles Street, Suite 402, Baltimore, MD 21201
Telephone Number: 410-630-4493
Email Address: jgalbraith@nklawllp.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/27/2025
(Date)

*Jami L. Galbraith*
(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Jami Galbraith to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Ephraim R. Siff | *Ephraim R. Siff* | 05/14/2024 | 334943 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Nathan & Kamionski LLP

575 South Charles Street, Suite 402, Baltimore, MD 21201

410-630-4611; esiff@nklawllp.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/27/2025                              *Ephraim R. Siff*
            (Date)                                   (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES KELLY | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF PHILADELPHIA, ET AL | : | No.: 24-CV-06701-JFM |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Jami Galbraith, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

via CM/ECF system

_____
(Signature of Attorney)

Ephraim R. Siff
(Name of Attorney)

Def, City of Philadelphia
(Name of Moving Party)

01/27/2025
(Date)