IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | : |
| v. | : |
| CITY OF PHILADELPHIA, DETECTIVE WALTER HOFFNER, DETECTIVE REINHOLD, DETECTIVE LEON LUBIEJEWSKI, DETECTIVE GROSS, DETECTIVE J. COLLINS, DETECTIVE SNELL, DETECTIVE DIVARINA, DETECTIVE MEE, DETECTIVE JASTREMBSKI, and DETECTIVE DOUGHERTY, in their individual capacities | : Civil Action No.: 2:24-cv-06701<br><br>: JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Kindly enter my appearance as counsel on behalf of Defendant, Frank Jastrembski, in the above-captioned matter only. Defendant requests a jury of eight (8) persons at the time of trial.

                                                   MARSHALL DENNEHEY, P.C.

By: *[signature]*
                                                   Joshua W. Brownlie, Esquire
                                                   2000 Market Street, Suite 2300
                                                   Philadelphia, PA  19103
                                                   (215) 575-2816
                                                   Attorney ID No.:  330511
                                                   jwbrownlie@mdwcg.com
                                                   Attorney for Defendant,
                                                   Frank Jastrembski

Date:  February 5, 2025