IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | : |
| | : |
| v. | : |
| | : |
| CITY OF PHILADELPHIA, DETECTIVE WALTER HOFFNER, DETECTIVE REINHOLD, DETECTIVE LEON LUBIEJEWSKI, DETECTIVE GROSS, DETECTIVE J. COLLINS, DETECTIVE SNELL, DETECTIVE DIVARINA, DETECTIVE MEE, DETECTIVE JASTREMBSKI, and DETECTIVE DOUGHERTY, in their individual capacities | : Civil Action No.: 2:24-cv-06701 |

**CERTIFICATE OF SERVICE**

Joshua W. Brownlie, Esquire hereby certifies that on the date set forth below he served the foregoing Notice of Appearance and Jury Demand via the Court's electronic filing system on all parties of record.

**MARSHALL DENNEHEY, P.C.**

By: _____
Joshua W. Brownlie, Esquire
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2816
Attorney ID No.: 330511
jwbrownlie@mdwcg.com
Attorney for Defendant,
Frank Jastrembski

Date: February 5, 2025