# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | : |
| | : |
| v. | : |
| | : |
| CITY OF PHILADELPHIA, DETECTIVE WALTER HOFFNER, DETECTIVE REINHOLD, DETECTIVE LEON LUBIEJEWSKI, DETECTIVE GROSS, DETECTIVE J. COLLINS, DETECTIVE SNELL, DETECTIVE DIVARINA, DETECTIVE MEE, DETECTIVE JASTREMBSKI, and DETECTIVE DOUGHERTY, in their individual capacities | : Civil Action No.: 2:24-cv-06701 <br><br> : JURY TRIAL DEMAND |

## NOTICE OF APPEARANCE

Kindly enter my appearance as counsel on behalf of Defendant, Frank Jastrembski, in the above-captioned matter only. Defendant requests a jury trial of (8) eight persons at the time of trial.

                                                          **MARSHALL DENNEHEY, P.C.**

By: _____
Joseph J. Santarone, Jr., Esquire
2000 Market Street, Suite 2300
Philadelphia, PA  19103
(215) 575-2626
Attorney ID No.:  45723
jjsantarone@mdwcg.com
Attorney for Defendant,
Frank Jastrembski

Date:   February 5, 2025