UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | CIVIL ACTION NO.: 2:24-cv-06701 |
| *Plaintiff*, | |
| v. | JURY TRIAL DEMANDED |
| CITY OF PHILADELPHIA, *et al.*, | |
| *Defendants*. | |

### ENTRY OF APPEARANCE

Kindly enter in the above-captioned matter my appearance as counsel on behalf of Defendant Detective Frank Jastrzembski.

Respectfully Submitted,

**MARSHALL DENNEHEY, P.C.**

BY: _____
JOSHUA W. BROWNLIE, ESQUIRE
Attorney ID No. 330511
2000 Market Street, Suite 2300
Philadelphia, PA  19103
(T): (215) 575-2816 | (F): (215) 575-0856
(E): JWBrownlie@mdwcg.com

Date: March 3, 2025

## CERTIFICATE OF SERVICE

I, Joshua W. Brownlie, Esquire do hereby certify that a true and correct copy of my Entry of Appearance was electronically filed with the Court on the date below and is available for viewing and downloading from the Electronic Case File System.

        Respectfully Submitted,

        **MARSHALL DENNEHEY, P.C.**

BY: _____
       JOSHUA W. BROWNLIE, ESQUIRE
       Attorney ID No. 330511
       2000 Market Street, Suite 2300
       Philadelphia, PA  19103
       (T): (215) 575-2816 | (F): (215) 575-0856
       (E): JWBrownlie@mdwcg.com

Date:  March 3, 2025