# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James Kelly | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 2:24-cv-06701-JFM |
| | : |
| THE CITY OF PHILADLPHIA, DETECTIVE WALTER HOFFNER, DETECTIVE REINHOLD, DETECTIVE LEON LUBIEJEWSKI, DETECTIVE GROSS, DETECTIVE J. COLLINS, DETECTIVE SNELL, DETECTIVE DIVARINA, DETECTIVE MEE, DETECTIVE JASTREMBSKI, and DETECTIVE DOUGHERTY, in their individual capacities, | :Honorable John F. Murphy |
| Defendants, | : |

**ORDER EXTENDING TIME TO**
**<u>ANSWER OR OTHERWISE PLEAD</u>**

On this _____ day of March, 2025, it is **ORDERED** that the Consent Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint is **GRANTED** and Defendant City of Philadelphia shall file its Answer or Otherwise Plead on or before April 7, 2025.

                                                                                              _____
                                                                                              **JOHN F. MURPHY, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James Kelly | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 2:24-cv-06701-JFM |
| | : |
| THE CITY OF PHILADLPHIA, DETECTIVE WALTER HOFFNER, DETECTIVE REINHOLD, DETECTIVE LEON LUBIEJEWSKI, DETECTIVE GROSS, DETECTIVE J. COLLINS, DETECTIVE SNELL, DETECTIVE DIVARINA, DETECTIVE MEE, DETECTIVE JASTREMBSKI, and DETECTIVE DOUGHERTY, in their individual capacities, | :Honorable John F. Murphy |
| Defendants, | : |

**CONSENT MOTION FOR EXTENSION OF TIME TO**
**ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant City of Philadelphia, by and through its undersigned counsel, respectfully moves for an extension of time to answer or otherwise plead in response to Plaintiff's Complaint (Dkt. No. 1) until April 7, 2025. In support thereof, the City states as follows:

1. On December 17, 2024, Plaintiff James Kelly ("Plaintiff") filed his six-count complaint seeking redress for the alleged violation of his constitutional rights stemming from his prosecution of the 1993 murder of Travis "Bud" Hughston. (*See* Dkt. No. 1.)

2. In addition to the City, Plaintiff has sued ten former Philadelphia police officers, only one of whom (Defendant Jastrembski) has yet appeared. (*See* Dkt. Nos. 12, 13 & 19.)

1

3.      On January 6, 2025, a waiver of service for the City of Philadelphia was filed by Plaintiff, and the City's answer date was set for March 10, 2025. (Dkt. No. 16.)

4.      On February 7, 2025 waivers of service for defendants Mee and Lubiejewski were filed by Plaintiff, and those defendants' answer date was set for April 7, 2025. (Dkt. Nos. 17 & 18.)  The undersigned counsel anticipates filing appearances for these Defendants.

5.      The City will need to speak to the individual defendants in order to prepare its responsive pleading, as it is the alleged acts of those defendants that are the gravamen of Plaintiff's complaint and his claim(s) against the City.

6.      Accordingly, the City requests an extension to April 7, 2025, to file its responsive pleading (the same due date as for Defendants Mee and Lubiejewski).

7.      Plaintiff's counsel has indicated no objection to this extension.

8.      This motion is not brought to cause undue delay, and no party will be prejudiced by the Court granting the relief sought.

WHEREFORE, Defendant City of Philadelphia asks that the due date for its responsive pleading be extended to April 7, 2025.

Respectfully submitted,

By:     */s/ Brian Wilson*
        Shneur Z. Nathan
        Avi T. Kamionski
        Brian Wilson
        Nathan & Kamionski LLP
        206 S. Jefferson St.
        Chicago, IL 60661
        (312) 957-6649
        bwilson@nklawllp.com
        *Attorneys for Defendants*

Dated: March 7, 2025