**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| James Kelly | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 2:24-cv-06701-JFM |
| | : |
| THE CITY OF PHILADLPHIA, | :Honorable John F. Murphy |
| DETECTIVE WALTER HOFFNER, | : |
| DETECTIVE REINHOLD, DETECTIVE | : |
| LEON LUBIEJEWSKI, DETECTIVE | : |
| GROSS, DETECTIVE J. COLLINS, | : |
| DETECTIVE SNELL, DETECTIVE | : |
| DIVARINA, DETECTIVE MEE, | : |
| DETECTIVE JASTREMBSKI, and | : |
| DETECTIVE DOUGHERTY, in their | : |
| individual capacities, | : |
| | : |
| Defendants, | : |
| | : |

**ORDER EXTENDING TIME TO**
**ANSWER OR OTHERWISE PLEAD**

On this __12th__ day of March, 2025, it is **ORDERED** that the Consent Motion for

Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint is **GRANTED** and

Defendant City of Philadelphia  shall file its Answer or Otherwise Plead on or before April 7, 2025.

_____
**JOHN F. MURPHY, J.**