IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James Kelly<br><br>     Plaintiff,<br><br>     v.<br><br>THE CITY OF PHILADLPHIA, DETECTIVE WALTER HOFFNER, DETECTIVE REINHOLD, DETECTIVE LEON LUBIEJEWSKI, DETECTIVE GROSS, DETECTIVE J. COLLINS, DETECTIVE SNELL, DETECTIVE DIVARINA, DETECTIVE MEE, DETECTIVE JASTREMBSKI, and DETECTIVE DOUGHERTY, in their individual capacities,<br><br>     Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 2:24-cv-06701-JFM<br>: Jury Trial Demanded<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CONSENT MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendants City of Philadelphia, Arthur Mee and Leon Lubiejewski respectfully move for an extension of time to answer or otherwise plead in response to Plaintiff's Complaint (Dkt. No. 1) until May 5, 2025. In support thereof, movants state as follows:

1. On December 17, 2024, Plaintiff James Kelly ("Plaintiff") filed his six-count complaint against the City of Philadelphia and ten former Philadelphia police officers, seeking redress for the alleged violation of his constitutional rights stemming from his prosecution for a 1993 murder. (*See* Dkt. No. 1.)

2. Movants' responsive pleading is currently due on April 7, 2025. (See Dkts. 17, 18 & 21.)

3. Three other defendants, all of whom movants' counsel has already been engaged to represent or anticipates representing, have their responsive pleadings due on May 5, 2025. (*See* Dkts. 24-26.)

4. In order to consolidate these defendants' responses to Plaintiff's complaint and avoid piecemeal responses, movants ask for an extension of their answer date to May 5, 2025.

5. Plaintiff's counsel has indicated no objection to this extension.

6. This motion is not brought to cause undue delay, and no party will be prejudiced by the Court granting the relief sought.

WHEREFORE, the City of Philadelphia, Arthur Mee and Leon Lubiejewski ask that the due date for their responsive pleadings be extended to May 5, 2025.

Respectfully submitted,

By: */s/ Brian Wilson*
Shneur Z. Nathan
Avi T. Kamionski
Brian Wilson
Nathan & Kamionski LLP
206 S. Jefferson St.
Chicago, IL 60661
(312) 957-6649
bwilson@nklawllp.com
*Attorneys for Defendants*