## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | : Civil Action No.: 2:24-cv-06701 |
| *Plaintiff,* | : |
| | : |
| v. | : |
| | : |
| CITY OF PHILADELPHIA, *et al.,* | : |
| *Defendants.* | : |
| | : |

## <u>CERTIFICATE OF CONFERRAL</u>

I, Joshua W. Brownlie, Esquire do hereby certify that I conferred with counsel for Plaintiff James Kelly via email on Thursday, April 3, 2025, and again by telephone on Friday, April 4, 2025, regarding the arguments in support Defendant Detective Frank Jastrzembski's Civil Rule 12(b)(6) Motion to Dismiss. Counsel acknowledged the arguments, but was unwilling to stipulate to dismissal or amend any of the pleading deficiencies. Detective Jastrzembski respectfully requests discovery be held in abeyance pending the Court's disposition of his Motion, since it seeks dismissal of all claims.

Respectfully Submitted,

**MARSHALL DENNEHEY, P.C.,**

BY: _____
JOSEPH J. SANTARONE, JR.
JOSHUA W. BROWNLIE
PA Attorney ID Nos.: 45723, 330511
2000 Market Street, Suite 2300
Philadelphia, PA  19103
(215) 575-2626

*Attorneys for Defendant*
*Detective Frank Jastrzembski*

Date:  April 4, 2025

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JAMES KELLY, | : | Civil Action No.: 2:24-cv-06701 |
| *Plaintiff*, | : | |
| v. | : | |
| CITY OF PHILADELPHIA, *et al.*, | : | |
| *Defendants.* | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Joshua W. Brownlie, Esquire, do hereby certify that a true and correct copy of this Certificate of Conferral was electronically filed with the Court this date and is available for viewing and downloading from the Electronic Case File System.  All counsel of record were served via electronic notification.

Respectfully Submitted,

**MARSHALL DENNEHEY, P.C.,**

BY: _____

JOSEPH J. SANTARONE, JR.
JOSHUA W. BROWNLIE
PA Attorney ID Nos.: 45723, 330511
2000 Market Street, Suite 2300
Philadelphia, PA  19103
(215) 575-2626

*Attorneys for Defendant*
*Detective Frank Jastrzembski*

Date:  April 4, 2025