# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES KELLY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  24-6701** |
| | : | |
| **WALTER HOFFNER,** *et al.* | : | |

# ORDER

**AND NOW**, this 22nd day of April 2025, upon considering plaintiff's amended complaint (DI 32), it is **ORDERED** defendant's motion to dismiss (DI 29) is **DENIED as moot**.

_____
**MURPHY, J.**