IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | |
| Plaintiff, | CIVIL ACTION |
| v. | No. 24-cv-06701-JFM |
| CITY OF PHILADELPHIA, *et al.*, | |
| Defendants. | |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Peggy B. Greenfeld, Esquire as counsel on behalf of the Plaintiff in the above-captioned matter.

                          MARRONE LAW FIRM, LLC

                          By:   /s/ Peggy B. Greenfeld
                          Peggy B. Greenfeld, Esquire
                          200 South Broad Street, Suite 610
                          Philadelphia, PA  19102
                          (215) 732-6700
                          PA Attorney ID No. 73377
                          pgreenfeld@marronelaw.com

                          Attorney for Plaintiff

Date: May 9, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | |
| Plaintiff, | CIVIL ACTION |
| v. | No. 24-cv-06701-JFM |
| CITY OF PHILADELPHIA, *et al.*, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Entry of Appearance was filed via the Court's electronic filing system and is now available for downloading.

        MARRONE LAW FIRM, LLC

        By: /s/ Peggy B. Greenfeld
        Peggy B. Greenfeld, Esquire
        200 South Broad Street, Suite 610
        Philadelphia, PA 19102
        (215) 732-6700
        PA Attorney ID No. 73377
        pgreenfeld@marronelaw.com

        Attorney for Plaintiff

Date: May 9, 2025