IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY,<br><br>             Plaintiff,<br><br>    v.<br><br>CITY OF PHILADELPHIA, and DETECTIVE WALTER HOFFNER, DETECTIVE REINHOLD, DETECTIVE LEON LUBIEJEWSKI, DETECTIVE GROSS, DETECTIVE J. COLLINS, DETECTIVE SNELL, DETECTIVE DIVARINA, DETECTIVE MEE, DETECTIVE JASTRZEMBSKI, and DETECTIVE DOUGHERTY, in their individual capacities,<br><br>             Defendants. | CIVIL ACTION<br><br>NO.    24-cv-06701-JFM |

## **ENTRY OF APPEARANCE**

       Kindly enter the appearance of Keir Bradford-Grey, Esquire, as co-counsel on behalf of the Plaintiff in the above captioned matter.

       MARRONE LAW FIRM, LLC

       By:   /s/ Keir Bradford-Grey

       Keir Bradford-Grey, Esquire
       Attorney for Plaintiff
       200 South Broad Street, Suite 610
       Philadelphia, PA 19102
       (215) 732-6700
       kbgrey@marronelaw.com
       PA Atty ID# 87054

       Date: May 9, 2025