# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES KELLY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-6701 |
| | : | |
| **WALTER HOFFNER**, *et al.* | : | |

## ORDER

**AND NOW**, this 19th day of May 2025, it is **ORDERED** plaintiff must file proof of service on all defendants of the amended complaint (DI 32) no later than **May 30, 2025** or otherwise show cause why any non-served defendant should not be dismissed. All served defendants must respond to the amended complaint (DI 32) no later than **June 20, 2025**.

_____
**MURPHY, J.**