# MARRONE LAW FIRM, LLC

Joseph M. Marrone, Esquire | Christopher M. Marrone, Esquire | Michael D. Pomerantz, Esquire | Joshua R. Galván, Esquire | Keir Bradford-Grey, Esquire | Peggy B. Greenfeld, Esquire

Admitted in PA, NJ & NY | Admitted in PA & NJ (Of Counsel) | Admitted in PA & NJ | Admitted in PA & NJ | Admitted in PA | Admitted in PA

*Filed via ECF*

May 30, 2025

The Honorable John F. Murphy
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 3809
Philadelphia, PA 19106

    **RE:** *James Kelly v. Walter Hoffner, et al.*, Civil A. No. 24-cv-6701-JFM

Dear Judge Murphy:

  I am counsel for the plaintiff in the above matter. On May 19, 2025, Your Honor issued an Order directing plaintiff to file proof of service of the amended complaint on all defendants by today, or to otherwise show cause why any non-served defendant should not be dismissed. (*See* DI 38). I write to explain the status of service on the defendants.

<u>Defendant City of Philadelphia</u> - The City accepted service of the original complaint and summons on 1/7/25, and on 2/7 plaintiff filed the waiver of the service of summons, which was executed by counsel for the City.

<u>Defendants Lubiejewski and Mee</u> - The City accepted service of the original complaint and summons on behalf of these defendants on 2/4/25, and on 2/7 plaintiff filed the waivers of the service of summons, which were executed by counsel for the City on their behalf. The docket lists counsel for the City as their attorney, who has accepted service of the amended complaint and summons on their behalf.

<u>Defendants Hoffner, Gross & Dougherty</u> - The City accepted service of the original complaint and summons on their behalf on 3/4/25, and on 3/28 plaintiff filed the waivers of the service of summons that were executed by counsel for the City on their behalf. However, counsel for the City never entered its appearance on behalf of these three defendants. I have asked counsel for the City to enter its appearance and accept service of the amended complaint for these three defendants, and as of today, counsel has agreed to do so for Defs. Gross and Dougherty, and will get back to me soon on whether it will represent Def. Hoffner.

<u>Defendants Reinhold and Divarina</u> - I last heard from the City in early March about their efforts in locating these defendants. I reached out again this week, but haven't heard back yet.

<u>Defendants Collins and Snell</u> – Both are deceased. Plaintiff is currently in the process of investigating whether these defendants have active estates. If we don't find one, we will voluntarily dismiss them.

      In the hope of tying up many of these loose ends, I respectfully request the Court to grant Plaintiff an additional two weeks to effectuate service on at least several more defendants. Thank you for your consideration.

                                         Respectfully submitted,

                                         MARRONE LAW FIRM

                          By:    /s/Peggy B. Greenfeld
                                       Peggy B. Greenfeld, Esquire
                                       Pa. Attorney No. 73377
                                       200 South Broad, Ste. 610
                                       Philadelphia, PA. 19102
                                       (215) 732-6700 – Phone
                                       (215) 732-7660 – Fax
                                       pgreenfeld@marronelaw.com

                                       Counsel for the Plaintiff

Cc (via email):
Brian Wilson, Esquire
Jami Galbraith, Esquire