IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES KELLY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  24-6701 |
| | : | |
| **WALTER HOFFNER,** *et al.* | : | |

# ORDER

**AND NOW**, this 2nd day of June 2025, in light of plaintiff's letter (DI 39), it is **ORDERED** that plaintiff must complete service on all unserved defendants and file proof of service; dismiss them; or move for appropriate relief, no later than **June 20, 2025**.

**MURPHY, J.**