IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES KELLY,** | |
| Plaintiff, | Case No: 2:24-cv-06701-JFM |
| vs | HONORABLE JOHN F. MURPHY |
| **CITY OF PHILADELPHIA and DETECTIVE WALTER HOFFNER, DETECTIVE REINHOLD, DETECTIVE LEON LUBIEJEWSKI, DETECTIVE GROSS, DETECTIVE J. COLLINS, DETECTIVE SNELL, DETECTIVE DIVARINA, DETECTIVE MEE, DETECTIVE JASTREMBSKI, and DETECTIVE DOUGHERTY, in their individual capacities,** | JURY TRIAL DEMANDED |
| Defendants. | |

## ENTRY OF APPEARANCE

TO:   Clerk of the Court
      All Counsel of Record

Kindly enter my appearance as counsel on behalf of **Defendants, Detective Walter Hoffner, Detective Leon Lubiejewski, Detective Gross, Detective Mee and Detective Dougherty,** in the above captioned matter.

**NATHAN & KAMIONSKI LLP**

By:   */s/ Ephraim R. Siff*
      Ephraim R. Siff (PA Bar No. 334943)
      Nathan & Kamionski LLP
      575 South Charles Street, Suite 402
      Baltimore, MD 21201
      (410) 630-4611
      esiff@nklawllp.com

Dated: June 4, 2025

*Attorneys for Defendants City of Philadelphia, Hoffner, Lubiewjewski, Gross, Mee & Dougherty*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2025, I electronically filed the foregoing pleading with the Clerk of the Court by using the CM/ECF system, which will send notification to all registered parties.

*/s/ Kimberly A. Moin*
Kimberly A. Moin, Paralegal
