IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | CIVIL ACTION |
| Plaintiff, | NO. 24-cv-06701-JFM |
| v. | |
| WALTER HOFFNER, *et al.*, | |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO SERVE DEFENDANTS SNELL, COLLINS AND DIVARINA
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m)**

Plaintiff, James Kelly, by and through his attorneys, Marrone Law Firm, LLC, hereby moves, pursuant to Federal Rule of Civil Procedure 4(m), for an enlargement of time to serve Defendants Snell, Collins, and Vivarina, incorrectly named as Divarina. In furtherance of the motion, Plaintiff hereby incorporates the attached Memorandum of Law.

Date: June 20, 2025

Respectfully submitted,

MARRONE LAW FIRM

By:   /s/Michael D. Pomerantz
Michael D. Pomerantz, Esquire
Pa. Attorney ID No. 83415
Peggy B. Greenfeld
Pa. Attorney ID No. 73377
200 South Broad, Ste. 610
Philadelphia, PA. 19102
(215) 732-6700 – Phone
(215) 732-7660 – Fax
mpomerantz@marronelaw.com
pgreenfeld@marronelaw.com

Counsel for Plaintiff