

**Michael P. Fenerty**
Phone: (215) 656-3646
Fax: (215) 561-5135
mfenerty@wwdlaw.com

Also Admitted in
New Jersey

June 17, 2025

557005-405

<u>Via Email</u>

Danielle Walsh, Esquire
Chief Deputy City Solicitor
**City of Philadelphia Law Department**
Civil Rights Unit
1515 Arch Street – 14th Floor
Philadelphia, PA  19102

Peggy B. Greenfeld, Esquire
**Marrone Law Firm, LLC**
The Bellevue
200 S. Broad Street – Suite 610
Philadelphia, PA  19102

Re: **Kelly v. Hofner, City of Philadelphia, et al**
E.D. PA - No.  2:24-CV-6701
Update – Estate Substitution – E/O Robert Snell

**Dear Ms. Walsh and Ms. Greenfeld:**

Please accept this letter as an update as to the current status of the substitution of the conflicted personal representative for the estate defendant in the above-referenced matter.  You may share this summary with the Court if necessary.  Also, *assuming my availability*, I can appear telephonically at a status conference if the Court wishes for me to do so.

To my knowledge, there is only one estate defendant for which substitution is presently required; the **Estate of Robert Snell.**  This is a Pennsylvania estate matter resting in Montgomery County.  This estate was also a defendant in the matter styled, <u>Alicea v. Phila, et al</u>, E.D. PA - No.  2:22-CV-03437.  In a prior status report to the Court in that matter, I reported that all of the documents and information necessary for the substitution of administrators to take place were in place.  That remains the case.  As the <u>Alicia</u> case settled prior to my perfecting the substitution with the Montgomery County Register of Wills and as this office had no knowledge of the instant litigation, our efforts relative to the substitution of the personal representative in the Snell Estate ceased when the <u>Alicia</u> matter settled.  By way of further information, I only learned of this matter when Ms. Greenfeld contacted my office today.  I shall immediately resume our efforts in the Snell estate matter.

---

wwdlaw.com

1845 Walnut Street, 24th Floor, Philadelphia, PA 19103

Philadelphia    |    Harrisburg    |    Haddonfield    |    Jenkintown    |    Chicago    |    Florida





*Kelly v. Hofner, Phila, et al*
*Update – Estate Substitutions*
June 17, 2025
Page 2

       Please be advised that this matter should be completed within thirty (30) days at which point I will be substituted as administrator.

       *A Request & Reminder* – As you know, my efforts in this matter are being provided for by the Fraternal Order of Police, Lodge Five, as a charitable endeavor. I am not presently before the Court and am not presently subject to its jurisdiction. I am asking that you bear this mind in dealing with the Court as to this matter as my fear is that the Court may enter an order with regard to me and requiring any action on my part relating to this estate. This occurred in the <u>Crosland</u> case and the order was invalid as the Court lacked any jurisdiction over me at the time of the entry of the order. Fortunately, things went well and it was not an issue. Please understand that I share this concern as I do not want anything to occur which will cause any delay in resolving the status of these estates.

       Please contact me if there are any questions. Thank you for your attention to this matter.

                                    Very truly yours,

                                      **MICHAEL P. FENERTY**

MPF/kmia

