IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY,<br><br>          Plaintiff,<br><br>v.<br><br>WALTER HOFFNER, *et al.*,<br><br>          Defendants. | CIVIL ACTION<br><br>NO. 24-cv-06701-JFM |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Plaintiff's Unopposed Motion for Enlargement of Time to Serve Defendants Snell, Collins and Divarina Pursuant to Federal Rule of Civil Procedure 4(m) was filed by electronic means and is now available for download from the Court's website. All counsel of record were served via electronic notification.

Date: June 20, 2025

Respectfully submitted,

MARRONE LAW FIRM

By:   /s/Michael D. Pomerantz
      Michael D. Pomerantz, Esquire
      Pa. Attorney ID No. 83415
      Peggy B. Greenfeld
      Pa. Attorney ID No. 73377
      200 South Broad, Ste. 610
      Philadelphia, PA. 19102
      (215) 732-6700 – Phone
      (215) 732-7660 – Fax
      mpomerantz@marronelaw.com
      pgreenfeld@marronelaw.com

Counsel for Plaintiff