IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James Kelly | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 2:24-cv-06701-JFM |
| | : Jury Trial Demanded |
| THE CITY OF PHILADLPHIA, | : |
| DETECTIVE WALTER HOFFNER, | : |
| DETECTIVE REINHOLD, DETECTIVE | : |
| LEON LUBIEJEWSKI, DETECTIVE | : |
| GROSS, DETECTIVE J. COLLINS, | : |
| DETECTIVE SNELL, DETECTIVE | : |
| DIVARINA, DETECTIVE MEE, | : |
| DETECTIVE JASTREMBSKI, and | : |
| DETECTIVE DOUGHERTY, in their individual capacities, | |
| Defendants. | |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants City of Philadelphia, Arthur Mee, Leon Lubiejewski, James Dougherty, Michael Gross and Walter Hoffner respectfully move for a one-week extension of time to answer or otherwise plead in response to Plaintiff's Amended Complaint (Dkt. No. 32) until June 27, 2025. In support thereof, movants state as follows:

1. On May 19, 2025, the Court ordered Plaintiff to file proofs of service on all unserved defendants by May 30, 2025, and all served defendants to answer Plaintiff's Amended Complaint by June 20, 2025. (Dkt. 38.)

2. Undersigned counsel has accordingly been preparing a responsive pleading on behalf of movants.

3. On June 17, 2025, undersigned counsel learned that defendant Detective Reinhold had been located after unsuccessful efforts to contact him, and that he was able to speak with undersigned counsel on June 20, 2025, about his representation in this case. That meeting proceeded as planned, and defense counsel has sent a waiver of service to Plaintiff on Detective Reinhold's behalf, which has been filed with the Court. (*See* dkt. 48.)

4. Also on June 17, 2025, undersigned counsel learned that Plaintiff had misspelled the name of defendant Detective Divarina (whom counsel had been unable to locate), and that the correct name is Vivarina. Since then, undersigned counsel has endeavored to locate Detective Vivarina to begin representation of that defendant as well.

5. Throughout the service/answer phase of this case, defense counsel has endeavored – with plaintiff's agreement – to keep a uniform answer date for counsel's clients. Given defense counsel was only able to speak with Detective Reinhold for the first time on June 20, 2025, and given counsel is now attempting to reach Detective Vivarina, defense counsel would like a short extension of the current answer date in hopes of also being able to respond not only on movants' behalf, but also on behalf of Detectives Reinhold and Vivarina.

6. Accordingly, movants request a one-week extension for them to respond to Plaintiff's Amended Complaint, until June 27, 2025.

7. Plaintiff's counsel has indicated no objection to this motion.

WHEREFORE, the City of Philadelphia, Leon Lubiejewski, James Dougherty, Michael Gross and Walter Hoffner ask that the due date for their responsive pleadings be extended to May 5, 2025.

Respectfully submitted,

By:   */s/ Brian Wilson*

Shneur Z. Nathan
Avi T. Kamionski
Brian Wilson
Nathan & Kamionski LLP
206 S. Jefferson St.
Chicago, IL 60661
(312) 957-6649
bwilson@nklawllp.com
*Attorneys for Defendants*

3