IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | CIVIL ACTION |
| Plaintiff, | NO. 24-cv-06701-JFM |
| v. | |
| WALTER HOFFNER, *et al.*, | |
| Defendants. | |

**ORDER**

**AND NOW**, this  23rd  day of      June      , 2025, upon consideration of Plaintiff's Unopposed Motion for Enlargement of Time to Serve Defendants Snell, Collins and Divarina Pursuant to Federal Rule of Civil Procedure 4(m), it is HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED as follows:

1. No later than July 21, 2025, the Plaintiff is permitted to file a motion for leave to file a second amended complaint in order to substitute or remove certain defendants.

2. No later than twenty (20) days after the second amended complaint is filed, the Plaintiff shall complete service on any unserved defendants and file proof of service.

BY THE COURT:

_____
JOHN F. MURPHY, J.