# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James Kelly | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:24-cv-06701-JFM |
| THE CITY OF PHILADLPHIA, DETECTIVE WALTER HOFFNER, DETECTIVE REINHOLD, DETECTIVE LEON LUBIEJEWSKI, DETECTIVE GROSS, DETECTIVE J. COLLINS, DETECTIVE SNELL, DETECTIVE DIVARINA, DETECTIVE MEE, DETECTIVE JASTREMBSKI, and DETECTIVE DOUGHERTY, in their individual capacities, | :Honorable John F. Murphy |
| Defendants. | |

## ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD

On this **23rd** day of June, 2025, it is ORDERED that the Consent Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint is GRANTED and defendants City of Philadelphia, Arthur Mee, Leon Lubiejewski, Michael Gross and Walter Hoffner shall file their Answer or Otherwise Plead on or before June 27, 2025.

_____
**JOHN F. MURPHY, J.**