IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:24-cv-06701-JFM |
| THE CITY OF PHILADLPHIA, et al., | : HONORABLE JOHN F. MURPHY |
| Defendants. | : |

### DEFENDANTS THE CITY OF PHILADELPHIA AND DETECTIVES HOFFNER, GROSS, LUBIEJEWSKI, MEE, DOUGHERTY, VIVARINA AND REINHOLD'S FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons stated in Movants' accompanying memorandum of law in support of this motion, defendants the City of Philadelphia, Hoffner, Gross, Lubiejewski, Mee, Dougherty, Reinhold and Vivarina hereby move this honorable Court for an order dismissing all claims against them.

Dated:  June 27, 2025

Respectfully submitted,

By: /s/ Brian Wilson
Natalie Adeeyo
Jami Galbraith
Kimberly Mann
Brian Wilson
Nathan & Kamionski LLP
206 South Jefferson Street
Chicago, IL 60661
(312) 957-6649
bwilson@nklawllp.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he caused the forgoing Defendants, The City of Philadelphia and Detectives Hoffner, Gross, Lubiejewski, Mee, Dougherty, Vivarina And Reinhold's Federal Rule Of Civil Procedure 12(B)(6) Motion to Dismiss, along with its accompanying memorandum of law filed concurrently therewith, to be served upon all parties having appeared in this suit by directing said documents to be filed on the Court's ECF system on June 27, 2025.

By: */s/ Brian Wilson*
Nathan & Kamionski LLP
206 South Jefferson Street
Chicago, IL 60661
(312) 957-6649
bwilson@nklawllp.com
*Attorneys for Defendants*