**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JAMES KELLY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 2:24-cv-06701-JFM |
| | : | |
| THE CITY OF PHILADLPHIA, et al., | : | HONORABLE JOHN F. MURPHY |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

**<u>ORDER</u>**

The Federal Rule of Civil Procedure 12(b)(6) motion filed by defendants the City of Philadelphia, Hoffner, Gross, Lubiejewski, Mee, Dougherty, Reinhold and Vivarina is **GRANTED**, and all claims set forth in Plaintiff's First Amended Complaint against those defendants are dismissed.

**BY THE COURT**


Dated: _____                    _____

                                                              HON. JOHN F. MURPHY