IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:24-cv-06701-JFM |
| THE CITY OF PHILADLPHIA, et al., | : HONORABLE JOHN F. MURPHY |
| Defendants. | : |

## MEET AND CONFER CERTIFICATE OF COUNSEL

I, Brian Wilson, certify that I conferred with counsel for plaintiff James Kelly via telephone on April 30, 2025, regarding the arguments in support of defendants the City of Philadelphia, Hoffner, Gross, Lubiejewski, Mee, Dougherty, Reinhold and Vivarina's Rule 12(b)(6) motion to dismiss. Plaintiff's counsel acknowledged the arguments and stands on the validity of Plaintiff's First Amended Complaint. Movants request discovery be held in abeyance pending the Court's disposition of their motion because, if granted, the motion would dismiss all claims against Movants. I also do not think that Movants' motion is so complicated that resolution would take an unusually long time, thus minimizing the risk that an abeyance would cause undo prejudice. Plaintiff's position is that discovery should proceed.

Dated: June 27, 2025  Respectfully submitted,

By: /s/ Brian Wilson
Brian Wilson
Nathan & Kamionski LLP
206 S. Jefferson St.
Chicago, IL 60661
(312) 957-6649
bwilson@nklawllp.com
*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that he caused the forgoing **MEET AND CONFER CERTIFICATE OF COUNSEL** to be served upon all parties having appeared in this suit by directing said documents to be filed on the Court's ECF system on June 27, 2025.

|  |  |
|---|---|
| By: | */s/ Brian Wilson* |
|  | Nathan & Kamionski LLP |
|  | 206 S. Jefferson St. |
|  | Chicago, IL 60661 |
|  | (312) 957-6649 |
|  | bwilson@nklawllp.com |
|  | *Attorneys for Defendants* |