IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | CIVIL ACTION |
| Plaintiff, | NO. 24-cv-06701-JFM |
| v. | |
| WALTER HOFFNER, *et al.*, | |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS**

Plaintiff, James Kelly, by and through his attorneys, Marrone Law Firm, LLC, respectfully moves for a two-week extension of time to file a response to Defendants City of Philadelphia and Detectives Hoffner, Gross, Lubiejewski, Mee, Dougherty, Vivarina and Reinhold's Federal Rule of Civil Procedure 12(b)(6) Motion to Dismiss (ECF No. 60) until July 25, 2025. In furtherance of the motion, Plaintiff states as follows:

1. On June 27, 2025, Defendants City of Philadelphia and Detectives Hoffner, Gross, Lubiejewski, Mee, Dougherty, Vivarina and Reinhold filed a motion to dismiss all claims in the Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 60).

2. Plaintiff's response to the motion is due by July 11, 2025.

3. On July 7, 2025, undersigned counsel's daughter went to the emergency room, and on July 8, 2025, she underwent emergency surgery. Although she has been discharged from the hospital, she has limited mobility and will require care and assistance for approximately ten days to two weeks.

4.       Due to this medical emergency, Plaintiff requests a two-week extension of time to file a response to the Defendants' motion, until July 25, 2025.

5.       Counsel for the defendants has stated that they have no objection to this request for a two-week extension.

WHEREFORE, Plaintiff requests that the due date for his response to the Defendants' Motion to Dismiss be extended to July 25, 2025.

                                      Respectfully submitted,

                                      MARRONE LAW FIRM

By:   /s/Peggy B. Greenfeld
       Pa. Attorney ID No. 73377
       Michael D. Pomerantz, Esquire
       Pa. Attorney ID No. 83415
       200 South Broad, Ste. 610
       Philadelphia, PA. 19102
       (215) 732-6700 – Phone
       (215) 732-7660 – Fax
       pgreenfeld@marronelaw.com
       mpomerantz@marronelaw.com

       Counsel for Plaintiff

Date: July 9, 2025