# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | CIVIL ACTION |
| Plaintiff, | NO. 24-cv-06701-JFM |
| v. | |
| WALTER HOFFNER, *et al.*, | |
| Defendants. | |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendants' Rule 12(b)(6) Motion to Dismiss, it is HEREBY ORDERED that the Motion is GRANTED. Plaintiff shall file his response to Defendants' Motion no later than July 25, 2025.

BY THE COURT:

_____
JOHN F. MURPHY, J.