IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | CIVIL ACTION |
| Plaintiff, | NO. 24-cv-06701-JFM |
| v. | |
| WALTER HOFFNER, *et al.*, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendants' Rule 12(b)(6) Motion to Dismiss was filed by electronic means and is now available for download from the Court's website. All counsel of record were served via electronic notification.

                                              Respectfully submitted,

                                              MARRONE LAW FIRM

By:   /s/Peggy B. Greenfeld_____
        Pa. Attorney ID No. 73377
        Michael D. Pomerantz, Esquire
        Pa. Attorney ID No. 83415
        200 South Broad, Ste. 610
        Philadelphia, PA. 19102
        (215) 732-6700 – Phone
        (215) 732-7660 – Fax
        pgreenfeld@marronelaw.com
        mpomerantz@marronelaw.com

        Counsel for Plaintiff

Date: July 9, 2025