IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | CIVIL ACTION |
| Plaintiff, | NO. 24-cv-06701-JFM |
| v. | |
| WALTER HOFFNER, *et al.*, | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH DEADLINES SET FORTH IN THE JUNE 23, 2025 ORDER REGARDING FILING AN AMENDED COMPLAINT AND SERVING REMAINING UNSERVED DEFENDANTS**

Plaintiff, James Kelly, by and through his attorneys, Marrone Law Firm, LLC, respectfully moves for an extension of thirty days to comply with the deadlines set forth in the Court's June 23, 2025 Order (ECF No. 58). In furtherance of the motion, Plaintiff states as follows:

1.   On June 20, 2025, Plaintiff filed a motion for leave to file a second amended complaint in order to substitute or remove certain defendants from the action, and for an enlargement of time to serve Defendants Snell, Collins, and Vivarina. (ECF No. 56).

2.   On June 23, 2025, the Court granted Plaintiff's motion, and ordered Plaintiff to file his motion for leave to amend the complaint by July 21, 2025, and to complete service on any unserved defendants within twenty days of the filing of the amended complaint. (ECF No. 58).

3.   In his motion, Plaintiff had requested an enlargement of time to serve Defendant Snell's estate to allow time for the current personal representative of the Estate to be substituted with a different representative, Michael Fenerty. Mr. Fenerty had informed plaintiff's counsel

that he expected the substitution with the Montgomery County Register of Wills to be completed by July 16, 2025.  *See* ECF No. 56-2 at 3; ECF No. 56-3 at 2.

4. However, Mr. Fenerty has recently informed Plaintiff's counsel that he is still waiting for the Montgomery County Register of Wills to finalize his appointment as the personal representative of the estate of Robert Snell, and that he now believes the substitution will be finalized within three weeks.

5. Additionally, Danielle Walsh, who is the Chief Deputy City Solicitor for the City of Philadelphia, previously indicated to Plaintiff's counsel that she would update her research on the whereabouts of Defendant Collins.  However, when undersigned counsel sought to follow up with Ms. Walsh on this issue a few weeks ago, an automated out-of-office message indicated that she was out of the office until today, July 21, 2025.  As of the time of the filing of this motion, Plaintiff's counsel has not heard back from Ms. Walsh.

6. In light of the delay by the Montgomery County Register of Wills in finalizing the appointment of Mr. Fenerty as representative of the estate of Robert Snell, and the unavailability of Attorney Walsh to provide Plaintiff's counsel with updated information about Defendant Collins by July 21, 2025, Plaintiff requests that the Court grant him an extension of thirty days to comply with the deadlines set forth in the Court's June 23, 2025 Order.

7. Plaintiff's counsel did not get a response from Defendants' counsel as to whether they have an objection to this request for a thirty-day extension.

WHEREFORE, Plaintiff requests that the Court extend the deadlines set forth in the Court's June 23, 2025 Order by thirty days, give Plaintiff until August 20, 2025 to file a motion for leave to file a second amended complaint in order to substitute or remove certain defendants

from the action, and grant him twenty days after the second amended complaint is filed to serve the remaining unserved defendants.

                                        Respectfully submitted,

                                        MARRONE LAW FIRM

By:   /s/Peggy B. Greenfeld
       Pa. Attorney ID No. 73377
       Michael D. Pomerantz, Esquire
       Pa. Attorney ID No. 83415
       200 South Broad, Ste. 610
       Philadelphia, PA. 19102
       (215) 732-6700 – Phone
       (215) 732-7660 – Fax
       pgreenfeld@marronelaw.com
       mpomerantz@marronelaw.com

       Counsel for Plaintiff

Date: July 21, 2025