# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WALTER HOFFNER, *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION<br><br>NO. 24-cv-06701-JFM |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Plaintiff's Motion for Extension of Time to Comply With Deadlines in the Court's June 23, 2025 Order Regarding Filing an Amended Complaint and Serving Remaining Unserved Defendants, it is HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED as follows:

1. The deadlines set forth in the Court's June 23, 2025 Order (ECF No. 58) are extended by thirty (30) days.

2. No later than August 20, 2025, the Plaintiff is permitted to file a motion for leave to file a second amended complaint in order to substitute or remove certain defendants.

3. No later than twenty (20) days after the second amended complaint is filed, the Plaintiff shall complete service on any unserved defendants and file proof of service.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOHN F. MURPHY, J.