IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES KELLY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  24-6701 |
| | : | |
| **WALTER HOFFNER**, *et al.* | : | |

# ORDER

**AND NOW**, this 22nd day of July 2025, upon considering plaintiff's motion for extension of time (DI 63) to comply with the deadlines set forth in our June 23, 2025 order (DI 58), it is **ORDERED** plaintiff's motion (DI 63) is **GRANTED in part** and **DENIED in part**.  It is well past time to get this case moving.  Absent contrary order, all defendants still unserved as of August 20, 2025 are dismissed without prejudice effective that day.  No further extensions to service and pleading deadlines will be granted to plaintiff absent emergency.

**MURPHY, J.**