IN THE UNITED STATES DICTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | CIVIL ACTION |
| Plaintiff, | NO. 24-cv-06701-JFM |
| v. | |
| WALTER HOFFNER, *et al.*, | |
| Defendants. | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS
THE CITY OF PHILADELPHIA AND DETECTIVES HOFFNER, GROSS,
LUBIEJEWSKI, MEE, DOUGHERTY, VIVARINA AND REINHOLD'S
<u>FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) MOTION TO DISMISS</u>**

Plaintiff James Kelly hereby files this response in opposition to the Motion to Dismiss the amended complaint filed by Defendants City of Philadelphia and Defendant Detectives Hoffner, Gross, Lubiejewski, Mee, Dougherty, Vivarina and Reinhold pursuant to Federal Rule of Civil Procedure 12(b)(6). In furtherance of that opposition, Plaintiff incorporates the attached Memorandum of Law.

                                                          Respectfully submitted,

                                                          MARRONE LAW FIRM

By:   /s/Peggy B. Greenfeld
        Pa. Attorney ID No. 73377
        Michael D. Pomerantz, Esquire
        Pa. Attorney ID No. 83415
        200 South Broad, Ste. 610
        Philadelphia, PA. 19102
        (215) 732-6700 – Phone
        (215) 732-7660 – Fax
        pgreenfeld@marronelaw.com
        mpomerantz@marronelaw.com

        Counsel for Plaintiff

Date: July 25, 2025