IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | CIVIL ACTION |
| Plaintiff, | NO. 24-cv-06701-JFM |
| v. | |
| WALTER HOFFNER, *et al.*, | |
| Defendants. | |

**ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of the Defendants City of Philadelphia and Defendant Detectives Hoffner, Gross, Lubiejewski, Mee, Dougherty, Vivarina and Reinhold's Federal Rule of Civil Procedure 12(b)(6) Motion to Dismiss, and Plaintiff's Response in Opposition thereto, it is HEREBY ORDERED that the Defendants' Motion is DENIED IN PART and GRANTED IN PART.

IT IS FURTHER ORDERED as follows:

1. Plaintiff's claim in Count II for deliberately failing to conduct a constitutionally adequate investigation is DISMISSED WITHOUT PREJUDICE.

2. Plaintiff's claim in Count IV for failure to intervene is DISMISSED WITHOUT PREJUDICE.

3. In all other respects, the Defendants' motion is DENIED.

4. Defendants shall file an Answer to the Amended Complaint within (30) days of the date of this Order.

BY THE COURT:

_____
JOHN F. MURPHY, J.