IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| JAMES KELLY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No: 2:24-cv-06701-JFM |
| | : | |
| THE CITY OF PHILADLPHIA, et al., | : | Hon. John F. Murphy |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

The Federal Rule of Civil Procedure 6(b) motion filed by defendants the City of Philadelphia, Hoffner, Gross, Lubiejewski, Mee, Dougherty, Reinhold and Vivarina is **GRANTED**, and those defendants' reply brief in support of their motion to dismiss is due no later than August 8, 2025.

BY THE COURT

Dated: _____

_____
HONORABLE JOHN F. MURPHY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | : |
| Plaintiff, | : |
| v. | : Case No: 2:24-cv-06701-JFM |
| THE CITY OF PHILADLPHIA, et al., | : Hon. John F. Murphy |
| Defendants. | : |

**DEFENDANTS THE CITY OF PHILADELPHIA AND DETECTIVES GROSS, HOFFNER, LUBIEJEWSKI, MEE, DOUGHERTY, VIVARINA AND REINHOLD'S AGREED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR REPLY BRIEF**

Pursuant to Federal Rule of Civil Procedure 6(b), defendants the City of Philadelphia, Hoffner, Gross, Lubiejewski, Mee, Dougherty, Reinhold and Vivarina hereby move this honorable Court for an order extending the deadline for their reply brief in support of their motion to dismiss to August 8, 2025. The current deadline per this Court's standing order is August 1, 2025. Defense counsel's schedule has made it difficult to reply to Plaintiff's roughly 25-page response brief within the 5 working days permitted for defendants' reply. Defendants therefore respectfully request this short extension so that they may submit a reply that will be helpful to the Court but not significantly delay the progression of the case. Plaintiff has no objection to this extension.

                                            Respectfully submitted,

By:   */s/ Brian Wilson*
        Natalie Adeeyo, Jami Galbraith
        Kimberly Mann, Brian Wilson
        Nathan & Kamionski LLP
        206 South Jefferson Street
        Chicago, IL 60661
        (312) 957-6649
        bwilson@nklawllp.com
        *Attorneys for Defendants*

Dated: July 30, 2025

**Certificate of Service**

  The undersigned certifies that he caused the forgoing **DEFENDANTS THE CITY OF PHILADELPHIA AND DETECTIVES HOFFNER, GROSS, LUBIEJEWSKI, MEE, DOUGHERTY, VIVARINA AND REINHOLD'S MOTION FOR AN EXTENSION OF TIME TO FILE THEIR REPLY BRIEF**, to be served upon all parties having appeared in this suit by directing said documents to be filed on the Court's ECF system on July 30, 2025.

                */s/ Brian Wilson*
                Nathan & Kamionski LLP
                206 South Jefferson Street
                Chicago, IL 60661
                (312) 957-6649
                bwilson@nklawllp.com
                *Attorneys for Defendants*