IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | : |
| Plaintiff, | : |
| v. | : Case No: 2:24-cv-06701-JFM |
| THE CITY OF PHILADLPHIA, et al., | : Hon. John F. Murphy |
| Defendants. | : |

### ORDER

The Federal Rule of Civil Procedure 6(b) motion filed by defendants the City of Philadelphia, Hoffner, Gross, Lubiejewski, Mee, Dougherty, Reinhold and Vivarina is **GRANTED**, and those defendants' reply brief in support of their motion to dismiss is due no later than August 8, 2025.

BY THE COURT

Dated: July 30, 2025

_____
HONORABLE JOHN F. MURPHY