AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| James Kelly | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-06701-JFM |
| City of Philadelphia, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Kelly.

Date: 07/31/2025

/s/ Michael D. Pomerantz
*Attorney's signature*

Michael D. Pomerantz
*Printed name and bar number*

Marrone Law Firm
200 South Broad Street, Suite 610
Philadelphia, PA 19102
*Address*

mpomerantz@marronelaw.com
*E-mail address*

(215) 732-6700
*Telephone number*

(215) 732-7660
*FAX number*