**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES KELLY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  24-6701 |
| | : | |
| **WALTER HOFFNER**, *et al.* | : | |

# **ORDER**

**AND NOW**, this 12th day of August 2025, upon considering defendants' motion to dismiss (DI 60), it is **ORDERED** we will hold oral argument on **October 2, 2025** at **2:00P.M.** in **Courtroom 3B**, Third Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**MURPHY, J.**