IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | CIVIL ACTION |
| Plaintiff, | NO. 24-cv-06701-JFM |
| v. | |
| WALTER HOFFNER, *et al.*, | |
| Defendants. | |

**ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of Plaintiff's Motion for Leave to File a Second Amended Complaint, it is hereby ORDERED that the Motion is GRANTED. The Clerk of Court is DIRECTED to enter the Second Amended Complaint, which is attached to the motion, on the docket.

BY THE COURT:

_____
JOHN F. MURPHY, J.