**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES KELLY, | CIVIL ACTION |
| Plaintiff, | NO. 24-cv-06701-JFM |
| v. | |
| WALTER HOFFNER, *et al.*, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Plaintiff's Motion for Leave to File a Second Amended Complaint was filed by electronic means and is now available for download from the Court's website. All counsel of record were served via electronic notification.

Respectfully submitted,

MARRONE LAW FIRM

By: /s/Peggy B. Greenfeld
Pa. Attorney ID No. 73377
Michael D. Pomerantz, Esquire
Pa. Attorney ID No. 83415
200 South Broad, Ste. 610
Philadelphia, PA. 19102
(215) 732-6700 – Phone
(215) 732-7660 – Fax
pgreenfeld@marronelaw.com
mpomerantz@marronelaw.com

Counsel for Plaintiff

Date: August 13, 2025