IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES KELLY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-6701 |
| | : | |
| **WALTER HOFFNER**, *et al.* | : | |

# ORDER

**AND NOW**, this 14th day of August 2025, upon considering plaintiff's motion for leave to file a second amended complaint (DI 71), it is **ORDERED** plaintiff's motion (DI 71) is **GRANTED**.[1]

**MURPHY, J.**

---

[1] Given the minor nature of the amendments, the motion to dismiss will not be denied as moot; it will be considered live and applied toward the second amended complaint. The scheduled hearing is maintained.