**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**JAMES KELLY,**

    Plaintiff,        Case No: 2:24-cv-06701-JFM

**vs**               HONORABLE JOHN F. MURPHY

**CITY OF PHILADELPHIA and DETECTIVE** JURY TRIAL DEMANDED
**WALTER HOFFNER, DETECTIVE RICHARD**
**REINHOLD, DETECTIVE LEON**
**LUBIEJEWSKI, DETECTIVE MICHAEL**
**GROSS, DETECTIVE JAMES COLLINS,**
**MICHAEL P. FENERTY, in his capacity as**
**Administrator of the Estate of Detective ROBERT**
**A. SNELL, DETECTIVE STEVEN VIVARINA,**
**DETECTIVE ARTHUR MEE, and DETECTIVE**
**JAMES DOUGHERTY, in their individual**
**capacities,**

    Defendants.

---

**ENTRY OF APPEARANCE**

---

TO: Clerk of the Court
   All Counsel of Record

   Kindly enter my appearance as counsel on behalf of **Defendant, Steven Vivarina** in the

above captioned matter.

           **NATHAN & KAMIONSKI LLP**

           By: */s/ Jami L. Galbraith*
              Jami L. Galbraith
              575 South Charles Street, Suite 402
              Baltimore, MD 21201
              (410) 630-4493
              jgalbraith@nklawllp.com
              *Attorneys for Defendants City of Philadelphia,*
              *Hoffner, Reinhold, Lubiewjewski, Gross, Mee,*
Dated: August 15, 2025       *Dougherty & Vivarina*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, I electronically filed the foregoing pleading with the Clerk of the Court by using the CM/ECF system, which will send notification to all registered parties.

*/s/ Kimberly A. Moin*
Kimberly A. Moin, Paralegal