**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES KELLY,** | |
| Plaintiff, | Case No:  2:24-cv-06701-JFM |
| vs | HONORABLE JOHN F. MURPHY |
| **CITY OF PHILADELPHIA and DETECTIVE WALTER HOFFNER, DETECTIVE RICHARD REINHOLD, DETECTIVE LEON LUBIEJEWSKI, DETECTIVE MICHAEL GROSS, DETECTIVE JAMES COLLINS, MICHAEL P. FENERTY, in his capacity as Administrator of the Estate of Detective  ROBERT A. SNELL, DETECTIVE STEVEN VIVARINA, DETECTIVE ARTHUR MEE, and DETECTIVE JAMES DOUGHERTY, in their individual capacities,** | JURY TRIAL DEMANDED |
| Defendants. | |

---

**ENTRY OF APPEARANCE**

---

TO:   Clerk of the Court
        All Counsel of Record

Kindly enter my appearance as counsel on behalf of **Defendant, Steven Vivarina,** in the above captioned matter.

**NATHAN & KAMIONSKI LLP**

By:    */s/ Brian Wilson*
        Brian Wilson
        206 South Jefferson Street
        Chicago, IL 60661
        (312) 957-6649
        bwilson@nklawllp.com
        *Attorneys for Defendants City of Philadelphia,*
        *Hoffner, Reinhold, Lubiewjewski, Gross, Mee,*
        *Dougherty & Vivarina*

Dated:  August 15, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, I electronically filed the foregoing pleading with the Clerk of the Court by using the CM/ECF system, which will send notification to all registered parties.

*/s/ Kimberly A. Moin*
Kimberly A. Moin, Paralegal