AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

|  |  |
|---|---|
| JAMES KELLY<br>*Plaintiff(s)*<br><br>v.<br><br>CITY OF PHILADELPHIA; DETECTIVE WALTER HOFFNER;<br>DETECTIVE RICHARD REINHOLD; DETECTIVE LEON<br>LUBIEJEWSKI; DETECTIVE MICHAEL GROSS; DETECTIVE<br>JAMES COLLINS;DETECTIVE STEVEN VIVARINA;  DETECTIVE<br>ARTHUR MEE;DETECTIVE JAMES DOUGHERTY<br>IN THEIR INDIVIDUAL CAPACITIES;  MICHAEL P. FENERTY<br>IN HIS CAPACITY AS ADMINISTRATOR OF THE ESTATE OF<br>DETECTIVE ROBERT A. SNELL<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.    24-6701 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOSEPH M. MARRONE
Marrone Law Firm, LLC
200 S. Broad Street
Suite 400
PHILADELPHIA, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Joseph Gerard Gerald Lavin*

Date:  8/14/2025

_____
*Signature of Clerk or Deputy Clerk*

**George Wylesol, Clerk of Court**
**U.S. District Court, Eastern District of PA**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 24-6701

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     MICHAEL P. FENERTY, ESQUIRE

was received by me on *(date)*        08/22/2055        .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*     PATRICIA KANDEL     , who is

designated by law to accept service of process on behalf of *(name of organization)*     WILLIG WILLIAMS AT

1845 WALNUT STREET, 24TH FLOOR, PHILA PA 19103 on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     08/26/2025

_____
*Server's signature*

GREGORY SEWELL
_____
*Printed name and title*


11-15 NORTH 2ND STREET, SUITE 105, PHILA., PA 19106
_____
*Server's address*


Additional information regarding attempted service, etc: