AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-6701

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Detective James Collins

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  Lynn Collins located at  601 Foxglove Drive, Morton, PA 19070 , a person of suitable age and discretion who resides there, on *(date)*  08/20/2025 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  08/26/2025

*Server's signature*

Kenneth Amos - Process Server
*Printed name and title*

11-15 North 2nd Street, Suite 105, Philadelphia, PA 19106
*Server's address*

Additional information regarding attempted service, etc: