IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | |
| Plaintiff, | Case No: 2:24-cv-06701-JFM |
| vs | HONORABLE JOHN F. MURPHY |
| CITY OF PHILADELPHIA and DETECTIVE WALTER HOFFNER, DETECTIVE RICHARD REINHOLD, DETECTIVE LEON LUBIEJEWSKI, DETECTIVE MICHAEL GROSS, DETECTIVE JAMES COLLINS, MICHAEL P. FENERTY, in his capacity as Administrator of the Estate of Detective ROBERT A. SNELL, DETECTIVE STEVEN VIVARINA, DETECTIVE ARTHUR MEE, and DETECTIVE JAMES DOUGHERTY, in their individual capacities, | JURY TRIAL DEMANDED |
| Defendants. | |

## ENTRY OF APPEARANCE

TO:   Clerk of the Court
       All Counsel of Record

Kindly enter my appearance as counsel on behalf of **Defendant, James Collins,** in the above captioned matter.

**NATHAN & KAMIONSKI LLP**

By:   */s/ Shneur Z. Nathan*
       Shneur Z. Nathan
       206 South Jefferson Street
       Chicago, IL 60661
       (312) 612-1955
       snathan@nklawllp.com
       *Attorneys for Defendants City of Philadelphia, Hoffner, Reinhold, Lubiewjewski, Gross, Mee, Dougherty, Vivarina & Collins*

Dated: September 17, 2025

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 17, 2025, I electronically filed the foregoing pleading with the Clerk of the Court by using the CM/ECF system, which will send notification to all registered parties.

                                                  */s/ Shneur Z. Nathan*
                                                  Shneur Z. Nathan