# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF PHILADELPHIA, et al., <br><br> Defendants. | : <br> : <br> : <br> : <br> : Civil Action No. 2:24-cv-06701-JFM <br> : Jury Trial Demanded <br> : <br> : <br> : <br> : |

## ORDER

Defendant Detective J. Collins' Motion to Join Certain Defendants' Pending Motion to Dismiss Plaintiff's Complaint Without Adding Any Substantive Arguments is **GRANTED**. Detective Collins is deemed a movant for the pending motion to dismiss filed as docket entry 60 and to have adopted the arguments in the related memorandum of law (docket entry 60-1) and reply brief (docket entry 69) to the extent noted in Collins' Motion to Join. Given Collins is adopting arguments already briefed instead of introducing new arguments, no further briefing is needed and the October 2, 2025, oral argument scheduled for the pending motion to dismiss will proceed absent further order of Court.

BY THE COURT

Dated: _____

_____
Hon. JOHN F. MURPHY