IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 2:24-cv-06701-JFM |
| | : Jury Trial Demanded |
| THE CITY OF PHILADELPHIA, et al., | : |
| | : |
| Defendants. | : |

## MEET AND CONFER CERTIFICATE OF COUNSEL

I, Brian Wilson, certify that I conferred with counsel for plaintiff James Kelly on 8-24-25, and on 9-12-25, regarding Det. Collins' contemplated motion to join certain other defendants' pending motion to dismiss and the possibility of handling the matter via an agreed stipulation. Plaintiff's counsel preferred not to address the matter via stipulation to preserve Plaintiff's right to file opposition papers if Plaintiff feels the need to do so. The parties have already informed the Court via the Meet and Confer Certificate of Counsel filed on 6-7-25, (dkt. 60-3) that the moving defendants (which would now include Collins) request discovery be held in abeyance pending the Court's disposition of their motion, and that Plaintiff believes discovery should proceed.

Respectfully submitted,

By: */s/ Brian Wilson*

Brian Wilson
Nathan & Kamionski LLP
206 S. Jefferson St.
Chicago, IL 60661
(312) 957-6649
bwilson@nklawllp.com
*Attorneys for Defendants*

## Certificate of Service

The undersigned certifies that he caused the forgoing **MEET AND CONFER CERTIFICATE OF COUNSEL** to be served upon all parties having appeared in this suit by directing said documents to be filed on the Court's ECF system on September 17, 2025.

By:    */s/ Brian Wilson*

Nathan & Kamionski LLP
206 S. Jefferson St.
Chicago, IL 60661
(312) 957-6649
bwilson@nklawllp.com
*Attorneys for Defendants*