IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES KELLY,** | : | |
| Plaintiff, | : | |
| v. | : | Case No: 2:24-cv-06701-JFM |
| **THE CITY OF PHILADELPHIA, DETECTIVE HOFFNER, DETECTIVE GROSS, DETECTIVE LUBIEJEWSKI, DETECTIVE MEE, DETECTIVE DOUGHERTY, DETECTIVE VIVARINA, and DETECTIVE REINHOLD,** | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the Motion to Excuse Local Counsel for the Oral Argument set for October 2, 2025 filed by Defendants City of Philadelphia and Detectives Hoffner, Gross, Lubiejewski, Mee, Dougherty, Vivarina, Reinhold, and Collins and any response thereto, it is **HEREBY ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____

The Honorable John F. Murphy
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES KELLY,**<br><br>  Plaintiff,<br><br>v.<br><br>**THE CITY OF PHILADELPHIA, DETECTIVE HOFFNER, DETECTIVE GROSS, DETECTIVE LUBIEJEWSKI, DETECTIVE MEE, DETECTIVE DOUGHERTY, DETECTIVE VIVARINA, and DETECTIVE REINHOLD,**<br><br>  Defendants. | : : : : : : : : : : : : : : : | Case No: 2:24-cv-06701-JFM |

### DEFENDANTS' UNOPPOSED MOTION TO EXCUSE LOCAL COUNSEL FROM ATTENDING ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS

Defendants City of Philadelphia (the "City"); and Detectives Walter Hoffner, Richard Reinhold, Leon Lubiejewski, Michael Gross, Steven Vivarina, Arthur Mee, James Dougherty, and James Collins ("Individual Defendants"); (collectively "Moving Defendants"), by and through their undersigned counsel, hereby submit the following Motion to Excuse Local Counsel from the October 2, 2025 Hearing on Defendants' Motion to Dismiss (ECF 60), and in support thereof state as follows:

1. On June 27, 2025, Moving Defendants filed a joint motion to dismiss Plaintiff's complaint ("Motion to Dismiss"). (*See* ECF 60.) This motion is fully briefed. (*See* ECF 60, 65, and 69).

2. On August 12, 2025, this Court ordered oral argument on Defendants' Motion to Dismiss, which is set to occur in person on October 2, 2025.

3.     The Honorable Judge John F. Murphy's Policies and Procedures General Guidance and Civil Matters states that "[a]bsent leave, the presence of at least one member of the bar of the Eastern District of Pennsylvania is required at hearings and trials." (*See* Policies and Procedures General Guidance and Civil Matters §4).

4.     Local counsel for Moving Defendants, Ephraim Siff, observes Yom Kippur. The holiday Yom Kippur occurs from October 1, 2025 through October 2, 2025. In observance of this holiday, Mr. Siff is unable to attend the October 2nd hearing.

5.     Undersigned counsel is prepared to attend and argue on behalf of Moving Defendants at the scheduled Oral Argument on October 2, 2025.

6.     As such, undersigned counsel respectfully requests this Court excuse local counsel from the oral argument set for October 2, 2025.

7.     On September 17, 2025, Moving Defendants conferred with Plaintiff's counsel regarding this motion, and Plaintiff has no objection.

8.     This motion is brought in good faith, without any prejudice to any party, and not for the purposes of delay.

WHEREFORE, Moving Defendants respectfully request that the Court enter an Order excusing the attendance of Local Counsel from the October 2, 2025 Hearing on Defendants' Motion to Dismiss.

Dated: September 17, 2025                                             Respectfully submitted,

By:     */s/ Jami L. Galbraith*
        Shneur Z. Nathan
        Avi T. Kamionski
        Brian Wilson
        Ephraim R. Siff
        Jami Galbraith
        Nathan & Kamionski LLP
        575 South Charles Street, Suite 402

                                                          Baltimore, Maryland 21201
                                                        (410) 630-4493
                                                        jgalbraith@nklawllp.com

*Attorneys for the City of Philadelphia and Individual Defendants Hoffner, Gross, Lubiejewski, Mee, Dougherty, Vivarina, Reinhold, and Collins*

### Certificate of Service

I, JAMI L. GALBRAITH, an attorney, do hereby certify that on September 17, 2025, a true and correct copy of Defendants' Motion to Excuse Local Counsel was electronically filed with the Court by using the CM/ECF system, which will send electronic notification to all registered parties.

Dated: September 17, 2025

Respectfully submitted,

By:   /s/ *Jami L. Galbraith*
      Shneur Z. Nathan
      Avi T. Kamionski
      Brian Wilson
      Ephraim R. Siff
      Jami Galbraith
      Nathan & Kamionski LLP
      575 South Charles Street, Suite 402
      Baltimore, Maryland 21201
      (410) 630-4493
      jgalbraith@nklawllp.com

*Attorneys for the City of Philadelphia and Individual Defendants Hoffner, Gross, Lubiejewski, Mee, Dougherty, Vivarina, Reinhold, and Collins*