IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **JAMES KELLY,**<br><br>    Plaintiff,<br><br>v.<br><br>**THE CITY OF PHILADELPHIA, DETECTIVE HOFFNER, DETECTIVE GROSS, DETECTIVE LUBIEJEWSKI, DETECTIVE MEE, DETECTIVE DOUGHERTY, DETECTIVE VIVARINA, and DETECTIVE REINHOLD,**<br><br>    Defendants. | Case No: 2:24-cv-06701-JFM |

**ORDER**

AND NOW, this  18th  day of  September , 2025, upon consideration of the Motion to Excuse Local Counsel for the Oral Argument set for October 2, 2025 filed by Defendants City of Philadelphia and Detectives Hoffner, Gross, Lubiejewski, Mee, Dougherty, Vivarina, Reinhold, and Collins and any response thereto, it is **HEREBY ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____
The Honorable John F. Murphy
United States District Judge