## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JAMES KELLY,**

         Plaintiff,

Case No:  2:24-cv-06701-JFM

vs

HONORABLE JOHN F. MURPHY

**CITY OF PHILADELPHIA and DETECTIVE WALTER HOFFNER, DETECTIVE RICHARD REINHOLD, DETECTIVE LEON LUBIEJEWSKI, DETECTIVE MICHAEL GROSS, DETECTIVE JAMES COLLINS, MICHAEL P. FENERTY, in his capacity as Administrator of the Estate of Detective  ROBERT A. SNELL, DETECTIVE STEVEN VIVARINA, DETECTIVE ARTHUR MEE, and DETECTIVE JAMES DOUGHERTY, in their individual capacities,**

JURY TRIAL DEMANDED

         Defendants.

---

## ENTRY OF APPEARANCE

---

TO:    Clerk of the Court
        All Counsel of Record

      Kindly enter my appearance as counsel on behalf of **Defendant, Michael P. Fenerty, Special Representative for the Estate of Detective Robert A. Snell,** in the above captioned matter.

**NATHAN & KAMIONSKI LLP**

By:    */s/ Shneur Z. Nathan*
        Shneur Z. Nathan
        206 South Jefferson Street
        Chicago, IL 60661
        (312) 612-1955
        snathan@nklawllp.com
        *Attorneys for Defendants City of Philadelphia, Hoffner, Reinhold, Lubiewjewski, Gross, Mee, Dougherty, Vivarina, Collins & Snell*

Dated:  October 1, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I electronically filed the foregoing pleading with the Clerk of the Court by using the CM/ECF system, which will send notification to all registered parties.

*/s/ Shneur Z. Nathan*
Shneur Z. Nathan