IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JAMES KELLY,**

      Plaintiff,

vs

**CITY OF PHILADELPHIA and DETECTIVE WALTER HOFFNER, DETECTIVE RICHARD REINHOLD, DETECTIVE LEON LUBIEJEWSKI, DETECTIVE MICHAEL GROSS, DETECTIVE JAMES COLLINS, MICHAEL P. FENERTY, in his capacity as Administrator of the Estate of Detective ROBERT A. SNELL, DETECTIVE STEVEN VIVARINA, DETECTIVE ARTHUR MEE, and DETECTIVE JAMES DOUGHERTY, in their individual capacities,**

      Defendants.

Case No: 2:24-cv-06701-JFM

HONORABLE JOHN F. MURPHY

JURY TRIAL DEMANDED

## ENTRY OF APPEARANCE

TO:    Clerk of the Court
          All Counsel of Record

Kindly enter my appearance as counsel on behalf of **Defendant, Michael P. Fenerty, Special Representative for the Estate of Detective Robert A. Snell,** in the above captioned matter.

**NATHAN & KAMIONSKI LLP**

By:    */s/ Brian Wilson*
         Brian Wilson
         206 South Jefferson Street
         Chicago, IL 60661
         (312) 957-6649
         bwilson@nklawllp.com
         *Attorneys for Defendants City of Philadelphia, Hoffner, Reinhold, Lubiewjewski, Gross, Mee, Dougherty, Vivarina, Collins & Snell*

Dated: October 1, 2025

## CERTIFICATE OF SERVICE

    I hereby certify that on October 1, 2025, I electronically filed the foregoing pleading with the Clerk of the Court by using the CM/ECF system, which will send notification to all registered parties.

                                                */s/ Brian Wilson*
                                                Brian Wilson