IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | |
| Plaintiff, | CIVIL ACTION |
| v. | No. 24-cv-06701-JFM |
| CITY OF PHILADELPHIA, *et al.*, | |
| Defendants. | |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Emily Brett Barkann, Esquire as counsel on behalf of the Plaintiff in the above-captioned matter.

                              MARRONE LAW FIRM, LLC

                By:   /s/ Emily Brett Barkann
                        Emily Brett Barkann, Esquire
                        200 South Broad Street, Suite 610
                        Philadelphia, PA  19102
                        (215) 732-6700
                        PA Attorney ID No. 337807
                        ebarkann@marronelaw.com

                        Attorney for Plaintiff

Date: November 12, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY, | |
| Plaintiff, | CIVIL ACTION |
| v. | No. 24-cv-06701-JFM |
| CITY OF PHILADELPHIA, *et al.*, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Entry of Appearance was filed via the Court's electronic filing system and is now available for downloading.

        MARRONE LAW FIRM, LLC

By: /s/ Emily Brett Barkann
Emily Brett Barkann, Esquire
200 South Broad Street, Suite 610
Philadelphia, PA 19102
(215) 732-6700
PA Attorney ID No. 337807
ebarkann@marronelaw.com

Attorney for Plaintiff

Date: November 12, 2025