# EXHIBIT "A"

H 93-1 DECEASED: TAVIS "BUD" HOUGHSTON, 1-1-93, 2000 BAMBREY ST., AT APPROX. 8PM

ERNESTINE WILLIAMS, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, HER CAR BROKE DOWN ON THE STREET SHE SAW TWO MEN COME DOWN THE STREET AND ONE WENT INTO THE SPEAKEASY, THE OTHER ENGAGED HER IN CONVERSATION, THEN THEY WENT DOWN THE STREET AND DRANK BEER, AND THEY WERE WITH DEVON. THEN THE ONE THAT WENT INTO THE SPEAKEASY CAME BACK TOOK A BAG OFF TRAVIS AND THEN SHOT HIM. SHE SAW ONE OF THE MALES SEVERAL DAYS AFTER THE SHOOTING COMING OUT OF THE SPEAKEASY AGAIN.

DELPHINE HARRIS, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, RUNS SPEAKEASY, SAYS THAT ON THAT DATE AND TIME, NICOLE HOWARD, BOB HOWARD, JACKIE HOWARD AND ANTHONY, HER NEPHEW WOULD HAVE BEEN IN THE HOUSE SELLING BEER. ADDS THAT HER NEICE ANN, GOES OUT WITH DANNY LOCKWOOD.

ANNA LIGHTY, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, DENIES THAT SHE DATED DANIEL, BUT PEOPLE SAY THAT IT IS HIS BABY SHE HAD. SHE STATED THAT DANIEL MIGHT HAVE COME BY THAT DAY BUT SHE DOES'T REMEMBER, THEN SHE SAYS LATER THAT HE CAME BY EARLIER THAT DAY BUT NOT THAT NIGHT.

TAMIKA LEDBETTER, GIRLFRIEND OF DECEASED, HE WAS AT HER HOUSE AND HE LEFT AND SHE HEARD SHOTS SAW MALE WITH GUN OUTSIDE SAYS THAT THE GUY WAS WEARING A SKULL CAP.

COLIE BAXTER, B/M, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ WAS DRIVING DOWN THE STREET AND SAW GUYS RUNNING DOWN THE STEET AND GET INTO A WHITE OR TAN CAR, ADDS THAT THE THE FIRST GUY WAS CARRYING SOMETHING IN HIS RIGHT HAND, HE GOT IN THE DRIVERS SIDE AND HE WAS WEARING A SKULL CAP AND LONG TRENCHCOAT, THE SAME DESCRIPTION THAT TAMIKA GAVE, HE THINKS THE CAR WAS A BEIGE COROLLA WITH LOUVERS IN THE BACK WINDOW. HE PICKS OUT #4 PHOTO ASSIGNED TO TOMMY LOCKWOOD AS THE DRIVER.

DEVON GILLIARD, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, SEEN BY ERNESTINE WITH THE GUYS BEFORE AND AFTER THE SHOOTING, DENIES IT.

ANDRE BRACEY, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ SAW THE TWO MALES ON THE BLOCK BEFORE THE SHOOTING, WENT TO DELPHINES HOUSE AFTER THE SHOOTING, DEVON WAS THERE BUT LEFT SHORTLY THEREAFTER. ALSO THERE KENNY WEST, BOBBY HOWARD, MONTEGO BROWN AND ANT MAN.

ACCORDING TO FAMILY A GUY NAMED STEVE WHO IS IN HOLMSBURG KNOWS WHO DID THE SHOOTING, GIRL BY NAME OF IDA JOHNSON, ▓▓▓▓▓ HAS A BABY BY STEVE.

TAMIKA NOW LIVING AT ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ TOMMY IS SUPPOSED TO BE A COUSIN OF HERS.

DIANDRE KING, "BBONCHIE" LIVES ON 20TH ST., SUPPOSEDLY SET IT UP AND PAID FOR IT OVER DRUG CORNER.

GLEN WILINS, MAY BE INFORMATIVE, BEEPER ▇▇▇▇ USE CODE 30.

ORDERED PICURES ON THE BROTHERS

GOT A HOLD OF O'HARA TO COMPARE BULLETS AND GUNS.

CHECK WITH THE OWNER OF THE CAR FROM WOODLAWN ST.

CALL TRAFFIC COURT FOR TICKET INFO ON BROTHERS CURRY.

JK (HF) 000044