# EXHIBIT "B"

THE FOLLOWING IS A TRANSCRIPTION OF A TAPE RECORDED STATEMENT
TAKEN ON THURSDAY JULY 20, 1995.    7/24 - 7/26

Q. Ms. Williams my name is Jerry Benoff, I'm a licensed private
investigator,  I'm working for the attorney Andrew Gay, who
represents one James Kelly in a homicide case and I would like
to record a statement from you do you give me permission to
record this statement?

A.  Yes.

Q.  Uh, would you identify yourself for the recording with your
full name and address?

A.  I'm Ernestine Williams, I live ████ █ ███████.

Q.  And that's in Philadelphia, correct?

A.  Yes.

Q.  Uh, Ms. Williams I am now instructing you just to answer
my questions truthfully, do you agree to that?

A.  Yes.

Q.  Ms. Williams tell me what you saw and heard regarding that
homicide that occurred approximately 9:00 P.M. on January 1,
1993 in the twenty hundred block of Bambrey Street.  Just go
on and tell me exactly what you saw and heard.

A.  Well, I was getting ready to go to my mother's house to
a New Years party and I got in the car and I pulled out of the
parking place and the car cut off and I, I saw these two guys
coming down the street and um one went into the house on Page
Street and the other one just stood on the, against the wall
and I went over there and I talked to the tall guy, I asked
him to give me a jump and he told me that he know me from
somewhere and I told him no I didn't think so and he told, asked
me where did I live and I told him where I lived and the other
guy came out the house and he, they both walked off and then
um I went and got back in the car and then the guy that got
killed came, drove up and I asked him for a jump.

Q.  Now stop a minute, the guy that got killed when he drove
up what did he do?

A.  He got out the car.

Q.  He parked his car?

A.  Yea, he parked his car and got out of the car and I asked
him when he come back could he give me a jump and he just like
he didn't said no and he didn't say yea he just walked, jumpedand
walked down the street.

Q.  Did you stay in your car at that time?

A.  After he told me no, after he said he wasn't sure he give
me a jump I went into the house.

Q.  And then what happened next?

A.  When I went in the house I thought I heard another car trying
to get by so I looked out the window and that's when I seen
the dark skinned guy coming down the street and he took it,
then the other guy that got killed I asked him do the guy came
out of the house and um.......

Q.  Now wait let's stop for a minute because I'm not really
clear about what your saying.  You said you saw the dark skinned
guy come down the street, the dark skinned guy meaning one of
the two guys you had seen earlier?

A.  Yea.

Q.  OK, now the guy that killed, your saying that came up the
street around the same time as........

A.  Yea, they was both walking toward each other.

A.  And where were you at that time?

A.  In the window.

Q.  Of your house?

A.  Yea, I was just looking out the window to see if any cars
were to come by, cause my car was in the middle of the street.

Q.  OK.

A.  In the meantime when I was looking the dark skinned guy
looked up at me and he shook his head and he never said anything
he just shook his head at me.

Q.  Was your window open or closed?

A.  It's open and uh as the two guys was meetin each other the
dark skinned guy took the um the guy and shot him in his head.

Q.  Tell me exactly how that happened.

PAIP4496

A.  Well the dark, the guy was coming up the street he gave him something.

Q.  Where were they standing when they gave him something?

A.  Next to my house, like right next to my house.

Q.  In front of your window?

A.  Yea, no, on the side.

Q.  Toward your front door?

A.  Yea, it was right near my steps.

Q.  And the guy that got shot handed something to.......

A.  Yea, he, to the dark skinned guy.

Q.  And what did the dark skinned guy do with it?

A.  He put it in his pocket.

Q.  And then what happened?

A.  He came out with a gun and he shot the guy in the head and then he laid him on the ground.

Q.  After he shot him, tell me exactly how he shot him?

A.  He pulled him to him and he shot him behind the ear.

Q.  And after the guy was shot behind the ear what happened to the guy that was shot?

A.  He fell in his arms and then he laid him on the ground and he stood back and kept shooting at him.

Q.  And you stood in the window and watched this?

A.  Yea, and after he shot him I fell on the floor, I didn't see nobody run and I just fell on the floor and I asked my friend look out the window and see was a body on the ground and he said yea then I started screaming and hollering and then I heard all these people outside screaming and hollering.

Q.  Did you see anybody with the dark skinned guy that did the shooting?

A.  No not....

PAIP4497

Q.  Earlier you said there was a tall guy that you had asked
to get a jump off your car and uh while your were talking to
him the dark skinned guy came up and they walked off together.

A.  Yeah they did.

Q.  Did you see the tall guy at the time of the shooting?

A.  No.

Q.  Was he on the street at that time?

A.  He was down the street.

Q.  Where down the street?

A.  Like three doors from me sitting on the step.

Q.  On the same side of the street as you?

A.  Yeah.

Q.  Were you able to see that from your house?

A.  Yeah.

Q.  And had the tall guy and the short guy been together prior
to the shooting on the step?

A.  Yeah.

Q.  So that when the person who got shot was walking up the
street the two people were sitting on the step before that?

A.  Yep, it was sitting there like they was waiting for
something.

Q.  And then the shorter of the two got up and met?

A.  Yeah, they walked right toward each other and the other,
the guy that got shot act like he knew him, he walked right
to him and the other guy, the tall guy, he still was on the
step down the street he never walked up.

Q.  And that was about three houses from where you lived and
where was it that you lived at that time?

A.  ███.

Q.  ████████████?

A.  Yeah.

PAIP4498

Q.  How long had you lived there then?

A.  Seven years.

Q.  What happened after the shooting?

A.  The cops came and um put the guy in the back of the truck and he said who car is this move this dam car and they pushed my car out of the way and everybody was just standing outside screaming and hollering but I never went outside.

Q.  Did you talk to the police that night?

A.  Yeah, later on the detectives came and they said to me, they asked me, for asked my friend for me by name and um.

Q.  What's your friend's name by the way?

A.  Kevin Mathis.

Q.  Where is Kevin Mathis now?

A.  Incarcerated.

Q.  Where?

A.  At Pittsburgh.

Q.  And the police came and asked Kevin Mathis where you were?

A.  Yeah, they said is Ernestine here and Kevin said, he told me to come down stairs and when I came down stairs, they said is that your car outside, I said yes, they said well, they understand that I was sitting in the car at the time of the shooting, and I said no I wasn't sitting in the car, my car was stuck in the street but I wasn't in the car and he asked me um did I know the deceased, I said no I didn't know him so then, they came back again to get me the next day.

Q.  Where they plain cloths detectives?

A.  Yes.

Q.  OK, what happened next?

A.  They said they had to take me downtown and um ask me some questions so I was telling them I didn't know anything about it all I know I seen the guy outside on the ground dead so they told me that uh I do know, because my neighbors told him that I knew and um I went downtown and they just let me sit in a room for hours and then they said to me that I better tell what happened.

PAIP4499

I said I don't know what happened, so they told me, they let me sit there and they (unintelligible) these two white guys said to me well maybe you feel comfortable talking to your own kind so they brought in two black cops um detectives so the detectives said to me tell what you'd seen, I said I didn't see anything, they said I did, so after sitting there for hours I told them what I'd seen.

Q. And how many times had they taken you down before you finally told them what you seen?

A. Oh about six times.

Q. And when was it that you finally told them what you seen?

A. Um, about a year ago.

Q. Did they ever show you a photograph of the defendant James Kelly?

A. They didn't show me his photograph until I described the person that I'd talked to and the person that did the shooting when I described two guys that's when he started showing me some pictures.

Q. And when was it that you first described the two guys to the uh police?

A. After the sixth time they brought me down there.

Q. And what time frame was that, like what time of the year was that?

A. OK, um, um, April.

Q. In around April, 1993, and what was the description that you gave them?

A. I told them one was tall about in his late 30's around 6'1" and he had he was brown skinned like James Brown and he was, he had real big lips, I know he had large lips and um he had like a skinny face not a real full face that's the guy I was talking to and the guy that did the shooting he was about 5'7" real dark and he had like a flat head in the back and he had a mean look on his face.

Q. And did you tell them how he was dressed?

A. Yeah.

Q. How were they dressed?

PAIP4500

A.  They was well dressed the tall one had on a long beige
cashmere and um and some slacks I forget the color of the slacks
now but they was nice creased and that the one, the other one,
the dark skinned one had on a black leather three length, three
quarter length coat with a hood on it and both of them was well
dressed.

Q.  And............

A.  And they looked like mature men they wasn't they didn't
look like they was bad guys.

Q.  Now, after the shooting did you see either one of those
two guys again?

A.  Yeah, I seen the tall one.

Q.  And where did you see him and when?

A.  I seen him like three days, three or four days, after the
shooting cause it was a fire on Stillman Street and I went around
there to see did anybody get hurt with my girlfriend, and my
girlfriend left me so I was, I just walked back by myself because
I had a bad vib and on my way back home I seen the tall guy
coming down from ??Yasahomes??, from the project, and when I
seen him I act like I didn't know him and he spoke to me in
a way that he knew me but I spoke to him like I didn't know
him and I went, I went in the house and I closed the door and
I just sat there rocking like hoping that he didn't remember
me.

Q.  And when you say he spoke to you like he knew you?

A.  Yeah he said how you doing and I said hi.

Q.  Did you ever see the dark skinned, the short dark skinned
person after that?

A.  Um later on yeah I did see him like a week after, I seen
both of them walking together.

Q.  And where did you see them walking together?

A.  Around 25th and Norris they was going down 25th and Norris
together, I was cross the street and the dark skinned guy was
on a bike and the tall guy was just walking, they was both
fussing and they was like talking loud.

Q.  OK, now did you ever see either one of them after that?

A.  Yeah, I seen the tall guy at a wedding.

Q.  At whose wedding?

PAIP4501

—8—

A.  Linda's wedding, my girlfriend Linda, she live across the
street her mother live across the street from me and uh she
told me she was getting married so I went to her wedding.

Q.  And when was that?

A.  Uh like January, I think, I know it was after the shooting,
after the shooting I went to the wedding and I seen the tall
guy walking with uh her husband mother.

Q.  And did you find out at that time who he was?

A.  I assumed that he was the brother or some relation to Linda's
husband.

Q.  And did you find out later that he was a relation to Linda's
husband?

A.  Yeah, and Linda husband told me.    

Q.  And did you talk to him at the wedding?

A.  No, I seen him at the reception and he walked up behind
me and said did anybody (unintelligible) like Diana Ross and
I turned around and it was him and I said no and then later
on I said I told a friend of mine you know I was ready to go,
I told him I was ready to go and he asked me why I said I just
wanna go home.

Q.  And did you tell all this to the police what you just told
me?

A.  Yeah.

Q.  And did they eventually show you the photograph of the of
two people of the two people that you that you just spoke about?

A.  Yep.

Q.  And tell me the circumstances?

Q.  They asked me um is this one of the guys, he showed me the
tall guy picture.

Q.  When was that?

A.  Two weeks ago.

Q.  And was that picture in a group of photos?

A.  No, it was just one big picture, it was a large picture
like it was xeroxed.

PAIP4502

Q.  And how large was it?

A.  Um, about the size of your book.

Q.  That's about 8" X 11", 8" X 10"?

A.  Yeah about that size.

Q.  Now I want to go back to the night of the incident uh after
your car broke down when you saw the two men walking together
tell me exactly what happened uh before you asked the uh taller
one to uh help you start your car.

A.  OK, the shorter guy went into Miss Daulphin house and the
tall guy he walked, he was standing like two doors away.

Q.  Where's does Miss Daulphin live?

A.  On ▮▮▮▮▮▮▮▮.

Q.  Do you know her address?

A.  No.

Q.  Do you know her last name?

A.  No.

Q.  And how long was the shorter guy in Ms. Daulphin's house?

A.  He was in there for like five or six minutes.

Q.  And what was the taller person doing?

A.  He was standing on the other side, well I walked up to him
while he was standing across the street, I walked over to him
and I asked him to help me with my car, I asked him did he have
a car, and he told me no, why, and I told him that I needed
a jump, then he telling me, he asked me did he know me and that's
when after a few minutes we sit there and talk, the dark skinned
came out of Miss Daulphin's house and he came over to us and
said what's up, and I said I need a jump, he said like in a
mean way, and I said I need a jump and then he hit that guy,
the tall guy, in the arm and they walked down Page Street
together.

Q.  When you say he hit him in the arm you mean he was like?

A.  He nudged him with his elbow like let's go.

Q.  Did the police ever tell you who the short guy was?

A.  No.

PAIP4503

Q. Did they ever tell you that they had him in custody?

A. Yeah. And when they showed me his picture, they said he's already locked up and you don't, they told me that I was lying at first, they told me that I know that these other guys did it, I was like what guys, they say Studder, you know Studder, I said I don't know no Studder.

Q. Well, when did they tell you that?

A. Two weeks ago.

Q. Are you saying that they told you that besides the two guys there was another guy involved named Studder?

A. Yeah, it was a, they was showing a couple of guys.

Q. That they thought were also involved you mean?

A. Yeah.

Q. What did they say?

A. They said to me that you know those guys that do that, I said I don't know those other guys and they say you do know because it's around the prison that you're taking money from these other guys that put it on somebody else.

Q. Now you're saying that the police told you that you were taking money from somebody and you were accusing..........

A. The wrong guys.

Q. The wrong guys?

A. Um, uh.

Q. Well explain that to me?

A. They was trying to tell me, which is a lie, that I'm taking money from these other guys, drug dealers, to put the blame on somebody else.

Q. What policeman said that to you?

A. The detectives at 8th and Race.

Q. Well, do you know their names?

PAIP4504

A.  Uh, detective um, Lubby, and detective, um, um, I can't
remember the other one name but I know him when I see him, but
I know Detective Lubby the short stocky, mean one.  I told him
that I'm leaving, I says they know who did it they didn't need
my help, I said I'm leaving, he said well if you walk out we
gonna arrest you, I said arrest me for what, he said we gonna
arrest you for trespassing, I said you brought me in here I'm
just leaving on my own, he told me to sit down.

Q.  When did this conversation take place?

A.  Um, about two weeks ago on a Tuesday, it was like right
after the 4th of July, a Wednesday, cause the 4th of July was
on a Tuesday, so it was the next, right after the 4th of July,
oh no the 4th of July was on a Monday so they picked me up on
a Tuesday.

Q.  Did they say who it was that uh was supposed to be paying
you?

A.  Yeah, they said it was Studder.

Q.  Do you know who Studder is?

A.  No.

Q.  Did they show a picture of somebody that they........

A.  Yeah, they showed me a couple of guys pictures and they
say you looking right at they faces, you know who they are don't
you, I said I don't know none of these people on that, they
had some photographs in front of me, and I was like I don't
know none of these people on these pictures, so he say you're
looking right at him, you know you're taking money from one
of those guy, a couple of those guys on the picture, aren't
you, I said no I ain't taking no money from nobody do I
(unintelligible) be no where to be found, so he say yes you
are.

Q.  Now what did you say about being found?

A.  I said If I was taking money from these guys I wouldn't
be nowhere to be found.

Q.  So now are you telling me that they told you that they
arrested somebody that they don't believe committed the crime?

A.  Yep.

Q.  Well why would they arrest them if they didn't believe that
they committed the crime?

PAIP4505

A.  I have no idea and they arrested a guy and they had, I read the paper and it said he supposed to have murdered him, I never told them that, that man murdered anybody.

Q.  Which man?

A.  The one they just arrested, um the tall guy.

Q.  James Kelly?

A.  Yeah, James, cause I read it in the paper that James Kelly was arrested charged with murder, I never told them that he killed nobody, I said that man was standing there and I asked him to give me a jump, I asked him did he have a car to help me get my car started, he told me he didn't have a car and he walked on down the street, I just told them who I'd seen that night, who I talked to.

Q. And the taller person that you believe is James Kelly was sitting on the step?

A. Yeah, he never shot nobody.

Q.  Three houses away from the shorter guy who did the shooting?

A.  Right, I never seen him walk down the street, I never, I mean when they was doing the shooting I never seen him no more he wasn't near them and he wasn't with them then.

Q.  Where was he when the shooting occurred

A.  I don't known I was steady looking at them, I guess he was still down the street, I know when I looked out the window the first time before that guy got shot he was sitting on the step.

Q.  And when the dark skinned guy, short dark skinned guy walked up to the guy that was shot...............

A.  I never looked back to see if he was still there or not.

Q.  Prior to this incident did you ever see any of the people that were involved either the person that was shot or any of the other people that you saw that night?

A.  Did I ever see him before?

Q.  Did you ever see any of them before?

A.  Never, I never seen none of them before, I don't know and never seen them till that night it was the first time I'd see them.

Q.  Do you leave the area after the shooting?

PAIP4506

A.  Yep.

Q.  What did you do?  Where did you go?

A.  I left the uh I left like the next day, I left the next day, I left and stayed with my girlfriend. 

Q.  Where?

A.  On ████████████████████.

Q.  Whose you girlfriend, what's her name?

A.  Ur a its Kevin's sister.

Q.  Whose Kevin?

A.  My friend and was there when I told him to look out the window.

Q.  OK.

A.  Um, his sister, I stayed over her house with her for like uh three days and I am back home and when I came back home these guys two guys was knocking on my door, well when Kevin left me I told Kevin no to leave me but he left me in the house and then I was coming out the door cause I didn't want to stay in the house by myself, so I was going down the street, and as I was going down the street which is like three doors from me the other way, at um, I looked back and heard somebody knocking on my door, I looked back and I'd seen two guys, they never was on my step they was like standing against the wall knocking on the door and I asked them who you looking for and they say you Ernestine come here and I said I don't know you all what do you want they like come here bitch and you know who killed my brother and I said I don't know nothing about that, they say yes you do, you know who killed him and they um I seen my friend coming, I seen the guy live around the corner one of my neighbors I said come here James they gonna do something to me and um, um, James was like what's up, what do you all want, she told you she ain't know nothing about it and they was like we be back we gonna get you we be back and then I left again.

Q.  How long were you gone?

A.  For about a year.  ✳

Q.  And where did you go?



PAIP4507

A.  No before that I um I went, I came, I stayed there that's
when the detectives came back again, the detectives came the
next day and then I heard um, then I left and then I talked
to the detectives, that's when I told the detectives what
happened.

Q.  At that time you told the detectives what you saw and you
gave him a description?

A.  Um, um.

Q.  How long after the incident was that, that you gave him
the description of the two men?

A.  About a week.

Q.  And where did that take place, at 8th and Race or?

A.  Yeah, 8th and Race at the detectective division upstairs
and ride the elevator upstairs.

Q.  Now when you first gave him the description about a week
after the incident?

A.  They didn't believe me.

Q.  What do you mean?

A. When I first, after the um when they took me there I was
trying to tell him what I'd seen, everything that happened,
they told me that I was lying and um they told me that one of
them didn't believe me but the other one did.


re. 1st statement

Q.  Which one, do you know the names, what it the same detective?

A.  No, these was two different ones.

Q.  Do you know their names?

A.  (unintelligible), um Wiggins, no I only known them when I
see them.

Q.  OK.  And what did they say to you?

A.  These two was saying um we don't believe you, he said well
one of them said my partner don't believe you I said well if
he know better than me he should go get them and stop harassing
me I'm tired, I'm tired of you all harassing me that why I just
broke down and want to tell you what happened because I'm tired
of you know of you all keep coming to get me and I'm tired of
being scarred because of these two guys who came to the house,
so he told me well we gonna, we want you to testify in court.

PAIP4508

I said no I'm not gone to court, he said because you're telling a lie, I said no I'm not telling a lie I know they gonna get me if I tell that in court.

Q.   Well, when you say they told you were telling a lie what is it that you told them that they didn't believe?

A.   Who did it the two guys that I described.

Q.   Did they show you pictures at that time?

A.   They even pulled out the pictures and asked me if these are the two guys, I said yea, I said these are the two guys that I'd seen and I pointed the dark skinned one I said this the one that did the shootin.

Q.   And that was a week after the incident?

A.   Um, um.  And he told me no it's not, he said that's not the guy, he tried to say it was Tommy.

Q.   Tommy?

A.   Yeah, guy live around the corner from me I've been knowing him for like seven or eight years.

Q.   Tommy who?

A.   Um, I forget they last name.

Q.   Tommy a guy that lived, what street does he live on?

A.   Page Street, he live right around the corner from me but he's incarcerated now too.

Q.  Where is he incarcerated?

A.   I don't know, I think he's at the Detention Center somewhere.

Q.   So you don't know his last name?

A.   No.

Q.   Now this was within a week of the incident they told you after the, you identified two pictures the taller guy and the shorter guy, they told you they didn't believe you and they showed you a picture of a guy that lives around the corner from you named Tommy and said he did it?

A.   Yep. These was the two different detectives now these not the same detectives that I'd talked to last week, two weeks ago.

PAIP4509

Q.  Now you told me uh a short time ago that they showed you a picture of Kelly, James Kelly, that looked like a zerox picture that was a blown up picture 8" X 10" or something like that?

A.  They showed me his picture again they showed me his picture twice.

Q.  And the first time they showed his picture was a week after the incident and was that in photo spread or was that in a single picture?

*impossible*

A.  It was in a, well it was two pictures of him, there was like a small shot of his picture, like he was arrested before but it was just his face on it, it wasn't in a photo spread, they picked out of a, this envelope that I drawed his record and they pulled out his photograph.

Q.  Did you know his name at that time?

A.  No, they said it.

Q.  They told you his name?

A.  Yeah, but I didn't rem, I didn't listen to his name, I just looked at the picture and they said well this is such and such, they said his name.

Q.  And what name did they tell you?

A.  I don't, his name, I don't, James, they said his name was James but...............

Q.  What about his last name, did they tell you his last name?

A.  Yeah, James Kelly.

Q.  And what about the other guy the short guy that did the shooting?

A.  Yeah, they showed me his picture too and they told me his names but I forgot what his name is.

---

I just turned this tape over it's 12:25 and we're continuingwith the uh statement.

Q.  Now you said that they, you, they told you the name of the other person at that time also the short guy but you don't remember the name?

A.  No.

Q.  And you're saying now that they knew the names of the two people involved within a week of the shooting?

*impossible*

PAIP4510

A.  Um, um.

Q.  But that James Kelly was only arrested a few weeks ago?

A.  Yeah because they didn't believe me.

Q.  Cause they didn't believe you?

A.  I guess, at first I left they couldn't find me for a while
I left for about a year, two years I've been gone after I told
them who the two guys was, I left because if they was to arrest
him I was afraid they friend somebody they was gonna tell that
I said I got him locked up so I left because the two guys they
(unintel) know cause they seen me standing there so they if
they get locked up they call their friends and tell I had
something to do with it.



Q.  Do you know if the police were trying to find you?



A.  Yeah.

Q.  How do you know?

A.  Because they called my mother.

Q.  Uh, tell me uh when you left the area to move to South Philly
like what month and year and when you came back.

A.  I left like in a October.

Q.  October of last year, 94?

A.  Yep.

Q.  And when did you come back to North Philly?

A.  Four months now in a um.

Q.  Around April?

A.  Yeah, no April it was like ?? no March.

Q.  In March is when you came back and how long were you back
on Bambrey street before the police came to talk to you?

A.  Um, a month, two months.

Q.  A month or two?

A.  Yeah and um after ?? because I'd had got my address changed
to ███.

Q.  When you say changed from one what?

PAIP4511

A.   I had see I never got my address changed from my house.

Q.   You mean on your public assistance uh?

A.   Yeah, around my,yeah around I got my check transferred to ▮▮▮and um it was like um a week after that now a couple of months after that they was knocking on the my old door where I used to live and um everbody the neighbors kept saying the detectives been around here looking for you.

Q.   Uh how many times did the police take you to 8th and Race before you finally identified the two people who uh?

A.   About five, about six or seven times.

Q.   Now you said that it was a week after the incident are you saying they took you down there six or seven times within one week?

A.   Yeah, they kept, coming and coming like every day they was there.

Q.   Everyday they was where?

A.   At my house.

Q.   And everyday they would take you to 8th and Race?

A.   Sometime I wouldn't I wouldn't answer the door and they be sitting outside they even came to my aunt house.

Q.   To your aunt's house?

A.   Yeah all the way up ▮▮▮▮▮▮▮▮▮▮▮▮▮.

Q.   Well how could they, how would they take you to 8th and Race eight times, seven or eight times within the first week of the incident?

A.   Well it wasn't about a week I guess it was a couple of weeks I know they kept coming a lot harassing me and bothering me they harassed me so much, I was so stressed out I really don't remember how many,when I told them but I know I told them.

Q.   And was it after the two guys came to your house and threatened you that you told them?

A.   Yeah.

Q.   And how long after the incident did they come to your house?

PAIP4512

A. I can't recall, I stayed away for three days and I came
back, I stayed away for three days and I came back home it was
like that night so I guess it was like four days.

Q. About four days, so you only talked to the police once within
the first four days because you weren't around, right?

A. Yeah but see they kept get, coming to get me, first they
didn't believe me but yesterday they kept coming and pick me
up.

Q. Was it the same ones that kept coming to get you?

A. Yeah, until I left, when I, when they just came and got
me, OK, after.

Q. Well what did they do each time that they came and got you,
uh didn't you sign a statement?

A. No, only the very first time I signed a statement was it
the very first time of the shooting when they came to the house.

Q. The first day?

A. The first day.

Q. And where, did they take you to 8th and Race that day?

A. No, they interviewed me at home and I told them that, they
just asked me questions like did I know the guy that got shot,
I said no and um did I asked me did I see anybody I said no.

Q. So that time you told that you didn't see anybody that's
was the only time that you signed a statement?

A. Exactly.

Q. And then after that they had you down there six or seven
times before you identified the photographs you're saying but
that was within a very short period of time from the time that
the incident occurred is that right?

A. Um, um.

Q. Within the first week or so two.

A. Like two weeks.

Q. Two weeks?

A. It was like two weeks cause it was after the guy came to
my house.

PAIP4513

Q.  Did you work at the time?

A.  Yeah.

Q.  Where did you work?

A.  At Seafood Shanty.

Q.  And did they come on your job?

A.  Yeah, they came to my job but they got there before I did and they informed my um supervisor that I knew, they wanted to talk to me about a shooting and they asked my supervisor some questions about me cause my supervisor said they came and asked him some things about me, how did he know me and um.

A.  And did you leave your job?

A.  Yeah, I didn't never go back after he told me that.

Q.  How many times did they go on your job?

A.  Once and they saw that I gets from my social security number but I never told them I worked.

Q.  Well there was other people in the neighborhood that probably knew where you worked.

A.  Oh, yeah cause they the ones told them that I was sitting in the car and I wasn't sitting in the car.

Q.  Who told them you were sitting in the car?

A.  My neighbors.

Q.  Do you know what neighbor told them that?

A.  No, they never told me they just always say your neighbors um told us you know what happened and your neighbors told us that you seen, everything that they say they tell me that my neighbors told them, I said well if my neighbors know so much you should then tell them to tell you who did it.

Q.  Now you said to me that you saw the tall guy and the short guy uh sometime after the uh after the homicide on a bike somewhere, right, how long after the incident was that when you saw them?

A.  Um, it was like a couple of weeks.

Q.  A couple of weeks.  Did you tell the police that you saw them together?

A.  No.

PAIP4514

Q.  Why?

A.  They didn't believe me anyway some of the things I was
that I told them, so.

Q.  Well what where some of the other things that you told them
that they didn't believe?

A.  When I told them that the short dark skinned guy when I
gave described the dark guy that shot him he told me I, that
wasn't the one that shot him.

Q.  Well who did he say was the one that shot him?

A.  Tommy.

Q.  Why do you think he said that?

A.  I guess cause Tommy shot some other people and Tommy live
around that area and they kept saying that the shooting was
with the people, drug dealers living in the area.

Q.  You said that the short guy that did the shooting uh was
incarcerated at the, the police told you that he was
incarcerated?

A.  Yeah, they told me they had him already.

Q.  Do you know when they had him?

A.  No, they didn't tell me that.

Q.  Do you know whether or not they arrested as a result of
your identification of the a of his picture?

A.  Nope I don't think so, they never they didn't say they did
anyway, they just told me they already had him incarcerated,
they got him incarcerated now that's what they told me right
after the 4th of July, they showed me his picture again, and
I say yeah that's him right there that did the shooting, they
said well we have him incarcerated already.

Q.  But you already saw his picture before and told them?

A.  Yep.

Q.  And when they showed you his picture the first time did
they tell you he was incarcerated?

PAIP4515

A.   No, he wasn't cause I had um seen him on a bike, so he wasn't
incarcerated then but when I went the 4th of, after the 4th
of July.

Q.   This year?

A.   This year, they told me that had him and when they showed
me um the other guy picture who I was talking to they said well
we gonna pick him up.

Q.   And when they told you

A.   But they said but you know that man's gonna be surprised
when we go and lock him up, he gonna be surprised to see us,
I said well he didn't do any shooting but I'd seen him.

Q.   Well why did they say he would be surprised?

A.   I don't know but that's what they said this man gonna be
surprised cause we gonna pick him up.

Q.   Who said that?

A.   The detectives.

Q.   What detective?

A.   Detective Lubby

Q.   Every time the detectives talked to you did they write down
what you said?

A.   No.

Q.   Did they ever write down what you said except for that first
time when you signed a statement?

A.   Yeah, when I um picked them out.

Q.   When you picked out the photographs?

A.   Yeah.

Q.   They wrote that down?

A.   Uh, uh.

Q.   And that was about a week or two after the homicide?

A.   Yep.

Q.   Did they ever write down any thing that you said after that,
do you recall?

PAIP4516

A.  No, the 4th of July I didn't sign anything before they locked um the man up last, two weeks ago I ant sign no papers or anything.

Q.  You mean before they locked up James Kelly?

A.  Right.

Q.  Two weeks ago?

A.  Before they locked him up they didn't I didn't sign anything they didn't even write down anything I said, they just said to me we gonna pick him up and he gonna be surprised.

Q.  OK, Ms. Williams that will be the end of this recorded statement, it's now uh twenty minutes of one, thank you very much.

A.  Your welcome.

PAIP4517