# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KELLY,<br><br>          Plaintiff,<br><br>    v.<br><br>CITY OF PHILADELPHIA, and DETECTIVE WALTER HOFFNER, DETECTIVE RICHARD REINHOLD, DETECTIVE LEON LUBIEJEWSKI, DETECTIVE MICHAEL GROSS, DETECTIVE JAMES COLLINS, MICHAEL P. FENERTY in his capacity as Administrator of the Estate of Detective ROBERT A. SNELL, DETECTIVE STEVEN VIVARINA, DETECTIVE FRANK JASTRZEMBSKI, and DETECTIVE JAMES DOUGHERTY, in their individual capacities,<br><br>          Defendants. | CIVIL ACTION<br><br>NO.   24-cv-06701-JFM<br><br>**THIRD AMENDED COMPLAINT** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Plaintiff's Third Amended Complaint was uploaded to the Court's ECF system where it is available for all interested parties to review.

                                              MARRONE LAW FIRM, LLC

                                        By:   s/ Michael D. Pomerantz
                                                  Joseph M. Marrone, Esquire
                                                  PA Atty ID# 64920
                                                  Michael D. Pomerantz, Esquire
                                                  PA ID# 83415
                                                  Keir Bradford-Grey, Esquire
                                                  PA ID# 87054

Attorneys for Plaintiff
200 South Broad Street, Suite 610
Philadelphia, PA  19102
(215) 732-6700
jmarrone@marronelaw.com
mpomerantz@marronelaw.com
kbgrey@marronelaw.com