IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES KELLY** | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  24-6701 |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |

# ORDER

**AND NOW**, this 29th day of December 2025, upon considering the parties' stipulated protective order concerning confidentiality (DI 105), it is **ORDERED** the parties' stipulated protective order (DI 105) is **NOT APPROVED** because it appears to preauthorize filing under seal.

_____
MURPHY, J.