**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES KELLY** | : CIVIL ACTION |
| | : |
| v. | : NO. 24-6701 |
| | : |
| **CITY OF PHILADELPHIA**, *et al.* | : |

# ORDER

**AND NOW**, this 30th day of December 2025, upon noting that the Court had earlier approved the filing of a third amended complaint at the October 2, 2025 hearing, it is **ORDERED**:

1. Defendants' motion to dismiss (DI 60) is **DENIED as moot**.

2. Defendants shall respond to the third amended complaint no later than **January 23, 2026**.

_____
**MURPHY, J.**