# Exhibit B



Joseph M. Marrone, Esquire | Christopher M. Marrone, Esquire | Michael D. Pomerantz, Esquire | Joshua R. Galván , Esquire | Keir Bradford-Grey, Esquire | Peggy B. Greenfeld, Esquire

Admitted in PA, NJ & NY     Admitted in PA & NJ     Admitted in PA & NJ     Admitted in PA & NJ     Admitted in PA     Admitted in PA
                       (Of Counsel)

October 7, 2025

<u>*Via Email*</u>: *Judith.Amorosa@usdoj.gov*
Judith A.K. Amorosa
Assistant U.S. Attorney
U.S. Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street
Philadelphia, PA 19106

> **RE:**     **Touhy Request for Criminal and Prosecution File of Colie Baxter (No. 2:99-CR-00446-MAK-3) ex rel. Kelly v. Hoffner (No. 2:24-CV-06701-JFM)**

Dear Ms. Amorosa,

In response to your email, dated October 1, 2025, I am writing to formally request, pursuant to 28 CFR §§ 16.21 - 16.29, the entire contents of the criminal and prosecution file pertaining to Colie Baxter for Docket Number 2:99-cr-00446-MAK-3 (*United States v. Richardson*). This request is made in connection with a pending 42 U.S.C. 1983 civil rights action brought by our client, James Kelly, at Docket Number at 2:24-cv-06701-JFM, who was wrongfully convicted of the January 1, 1993, murder of Travis Hughston.

## Purpose of the Request

The purpose of this request is to:

1. Gain full knowledge of the true facts surrounding Mr. Baxter's involvement in the case.
2. Confirm or eliminate theories related to Mr. Baxter's potential favorable treatment in his criminal cases.
3. Avoid prejudicial surprises during litigation.
4. Prevent unnecessary delays in the resolution of the civil rights action.

## Factual and Procedural History

James Kelly was wrongfully convicted in 1996 for the murder of Travis Hughston based on the coerced testimony of Ernestine Williams and the testimony of Colie Baxter, who was one of two eyewitnesses in the case. Mr. Baxter's testimony was critical to the conviction, despite significant inconsistencies and the lack of corroborating evidence. Recently, it has come to light that exculpatory evidence pointing to an alternative suspect, Tommy Lockwood, was suppressed by the Philadelphia Police Department and the prosecution. Additionally, there is reason to believe that Mr. Baxter may have received favorable treatment in this case which we are requesting the file, as a result of his cooperation with law enforcement in connection with their efforts to solve state homicide cases.

## Relevance of the Requested Information

The requested information is directly relevant to the civil rights action, as it pertains to the credibility of Mr. Baxter's testimony and any potential incentives or favorable treatment he may have received. Understanding the full scope of Mr. Baxter's involvement and the circumstances surrounding his testimony is essential to our clients claims of malicious prosecution and fabrication of evidence.

## Justification for Disclosure

Disclosure of the requested information is warranted to ensure a fair and just resolution of the civil rights action. The information is critical to understanding the extent of Mr. Baxter's involvement and any potential misconduct that may have contributed to Mr. Kelly's wrongful conviction.

## Statement of Non-Party Status

The United States is not a party to the civil rights action and will not become a party.

## Willingness to Pay Costs

We are prepared to pay in advance for all reasonable expenses and costs associated with searching for and producing the requested information.

## Non-Availability of Information Elsewhere

The information requested is not available by other means or from other sources. Responding to this request would not disrupt official duties, as it pertains to a closed criminal case.

## Proposed Deadline

We respectfully request that the information be provided by within twenty days of the above date, or by October 26, 2025.

Thank you for your attention to this matter. Please do not hesitate to contact me if you require any additional information or documentation to process this request.

Regards,

/s/ *Keir Bradford-Grey*

Keir Bradford-Grey, Esquire

KBG/oie