# Exhibit C


*Judith A. Amorosa, AUSA*
*Direct Dial: (267) 535-9115*
*Facsimile: (215) 861- 8618*
*E-mail Address: Judith.Amorosa@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

December 15, 2025

***Via Email***
Keir Bradford-Grey
Head of Civil Rights Litigation
Marrone Law Firm
Suite 610B
200 S. Broad Street
Philadelphia, PA 19102
Ph. 215-732-6700
Kbgrey@marronelaw.com

      **Re: Touhy request re: Collie Baxter**

Dear Ms. Bradford-Grey:

      This letter responds to your *Touhy* request dated October 25, 2025, in which you request "the entire contents of the criminal and prosecution file pertaining to Colie Baxter for Docket Number 2:99-cr-00446-MAK-3 (*United States v. Richardson*)." We have reviewed your request pursuant to the Department of Justice's *Touhy* regulations, codified at 28 C.F.R. Part 16. We respond to your request as follows.

      We understand from your request letter and from our review of James Kelly's second amended complaint in *Kelly v. City of Philadelphia*, No. 24-6701-JFM (E.D. Pa.) that your client, Mr. Kelly, was convicted in a Philadelphia Commonwealth court in August, 1996 for a January 1, 1993 homicide. We understand that Mr. Baxter testified at Mr. Kelly's homicide trial in August, 1996, and that Mr. Baxter gave "surprise" testimony at the trial identifying, for the first time, Mr. Kelly as the killer. We further understand that Mr. Baxter had been interviewed by Philadelphia police twice in 1993 and did not in those prior interviews identify Mr. Kelly as the killer.

      Construing your request broadly, we understand that you are seeking any information about Mr. Baxter in the United States Attorney's Office's criminal file pertaining to *US v. Richardson et al.* that would shed light on Mr. Baxter's role as a witness in Mr. Kelly's homicide conviction, and in particular any information about whether Mr. Baxter received any favorable treatment from state or federal prosecutors that could have influenced his August, 1996 testimony in Mr. Kelly's Philadelphia homicide trial.

      After receipt of your *Touhy* request, historic files for the *Richardson* prosecution were requested from records. Two boxes and 3 redwelds from the *Richardson* prosecution were

located and delivered for our office's review.  The records were reviewed by criminal Assistant U.S. Attorney and Senior Litigation Counsel Bea Witzleben.

Given your theory of Mr. Kelly's pending civil case and Mr. Baxter's relevance to that civil case, we understood the relevant time period for interaction between Mr. Baxter and law enforcement to be the time period between January 1, 1993 (the date of the homicide for which Mr. Kelly was convicted) through August, 1996 (the period when Mr. Kelly's Philadelphia homicide trial took place.).

After diligent search and review of the above-describe file in *US v. Richardson et al.*, we located no records responsive to your request.

If you wish to supplement your request further, or have any questions, please feel free to contact me. Thank you.

Sincerely,

/s/ Judith A.K. Amorosa
JUDITH A.K. AMOROSA
Assistant United States Attorney