# Exhibit A



**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

| | |
|---|---|
| *Judith A. Amorosa, AUSA* | *615 Chestnut Street* |
| *Direct Dial: (267) 535-9115* | *Suite 1250* |
| *Facsimile: (215) 861- 8618* | *Philadelphia, Pennsylvania 19106-4476* |
| *E-mail Address:  Judith.Amorosa@usdoj.gov* | *(215) 861-8200* |

February 20, 2026

***Via Email***
Keir Bradford-Grey
Head of Civil Rights Litigation
Marrone Law Firm
Suite 610B
200 S. Broad Street
Philadelphia, PA 19102
Ph. 215-732-6700
Kbgrey@marronelaw.com

   **Re:  Touhy request re: Collie Baxter**

Dear Ms. Bradford-Grey:

  Please find enclosed in response to your Touhy request the "Supplement" to the United States' Motion to Dismiss Defendant Collie Baxter.  The Supplement appears to have been served on counsel on January 6, 2000. It does not appear that the Supplement was filed under seal. As such, it is within our discretion to release this document to you, notwithstanding and without waiver of our objections. We intend to send a more detailed letter to you next week but would like to get you this document as soon as possible, as you have requested.  Please contact me should you wish to discuss.  Thank you very much.

     Sincerely,

     /s/ Judith A.K. Amorosa
     JUDITH A.K. AMOROSA
     Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            :

v.                                  :       CRIM. NO. 99-446

CHARLES RICHARDSON, et al.          :

### SUPPLEMENT TO MOTION TO DISMISS DEFENDANT COLIE BAXTER AND COUNT 6 OF THE INDICTMENT

This will supplement and explain the reasons for the government's previously filed motion, pursuant to Fed. R. Crim. P. 48(a), to dismiss all counts of the indictment as they pertain to defendant Colie Baxter and Count 6 of the indictment in its entirety since it arises out of conduct allegedly committed by Baxter. During its post-indictment investigation of this matter, which included proffer meetings with defendants, interviews with civilian witnesses and the review of tape recorded telephone conversations of the defendants who were detained pending trial, the government became aware of information, not known or knowable prior to indictment, which indicated that Baxter might not be guilty of the crimes charged in the indictment. In the interest of justice, the government seeks the dismissal of Baxter and Count 6 rather than subject Baxter to the possibility of a guilty verdict.

Respectfully submitted,

MICHAEL R. STILES
United States Attorney

MITCHELL E. ZAMOFF
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January 2000, I caused a true and correct copy of the foregoing Supplement to Motion to Dismiss Indictment and proposed Order to be served, by first-class United States mail, postage prepaid, upon:

William J. Brennan, Esquire
1601 Market Street
Suite 650
Philadelphia, PA 19103

Michael F. Giampietro, Esquire
834 Chestnut Street
Suite 206
Philadelphia, PA 19107

Paul J. Hetznecker, Esquire
Hetznecker & Meehan
1420 Walnut Street
Suite 911
Philadelphia, PA 19102

Martin I. Isenberg, Esquire
Bailey Building
1218 Chestnut Street
Suite 1003
Philadelphia, PA 19107

MITCHELL E. ZAMOFF
Assistant United States Attorney