**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES KELLY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.   24-6701** |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |

## <u>ORDER</u>

**AND NOW**, this 6th day of April 2026, upon considering plaintiff's motion to compel (DI 124), and the opposition (DI 136), it is **ORDERED** plaintiff shall file a reply brief no later than **April 13, 2026**.

_____
**MURPHY, J.**
