**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **James Kelly,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **City of Philadelphia, et al.** <br><br> **Defendants.** | : | **No. 2:24-cv-06701-JFM** |

**[PROPOSED] ORDER**

AND NOW, this __________ day of ______________, 2026, upon consideration of City Defendants' Unopposed Motion to Compel Production of Prison Recordings and E-mail Messages, it is **HEREBY ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that Pennsylvania Department of Corrections shall provide copies of Plaintiff James Kelly's recorded telephone calls, excluding privileged attorney-client communications, for the period of June 17, 2021 and July 18, 2024, and e-mail messages, excluding privileged attorney-client communications, in accordance with the subpoena issued by Defendants City of Philadelphia, Walter Hoffner, Richard Reinhold, Leon Lubiejewski, James Collins, Steven Vivarina, and the Estate of Detective Robert A. Snell.

BY THE COURT:

______________________________
The Honorable John F. Murphy
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **James Kelly,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **No. 2:24-cv-06701-JFM** |
| **City of Philadelphia, et al.** | : | |
| **Defendants.** | : | |

**CONSENT MOTION TO COMPEL PRODUCTION OF PRISON RECORDINGS AND E-MAIL MESSAGES**

Defendants, City of Philadelphia, Walter Hoffner, Richard Reinhold, Leon Lubiejewski, Steven Vivarina, and the Estate of Robert A. Snell (hereinafter "Defendants"), by and through their undersigned counsel, and with the consent of Plaintiff, respectfully move this Honorable Court to enter an order compelling production of prison telephone call recordings and e-mail messages from the Pennsylvania Department of Corrections ("DOC"), and in support thereof, state as follows:

1. Plaintiff initiated this suit on December 17, 2024 following his dismissal of charges for the murder of Travis "Bud" Hughston (ECF 1, ECF 106).

2. Pursuant to this Court's Order (ECF 128, ECF 142), the Parties are presently engaged in fact discovery.

3. On April 24, 2026, Defendants notified Plaintiff via email of Defendants' intent to issue a subpoena to DOC for Plaintiff's records, including Plaintiff's recorded telephone calls and e-mail messages, associated with Plaintiff's period of incarceration within the DOC following his criminal conviction.

4. Ms. Sarah Simkin, Assistant Counsel for Pennsylvania Department of Corrections, has informed undersigned counsel that DOC will only produce audio of jail calls and e-mail messages upon entry of a court order, in accordance with the Pennsylvania Wiretap Act. *See* 18 Pa. C.S. 5704 (13).

5. On July 14, 2026, Defendants issued subpoena to DOC (Exhibit A), requesting records and "All telephone call files, including all audio call recordings from the period of June 17, 2021 and July 18, 2024, while Mr. Kelly was in the custody, excluding privileged attorney-client communications" and "All e-mails/Global Tel Link ("GTL") messages sent by and/or to Mr. Kelly, excluding privileged attorney-client communications."

6. Defendants conferred with Plaintiff and Plaintiff has no objection to this motion.

7. Accordingly, Defendants seek an Order from this Court compelling such production in accordance with Defendant's subpoena.

WHEREFORE, Defendants respectfully request this Court grant their Motion to Compel the Production of Prison Recordings and E-mail Messages, and for any such relief this Court may deem just and proper.

July 16, 2026

Respectfully submitted,

*/s/ Jami L. Galbraith*

Shneur Z. Nathan
Avi T. Kamionski
Brian Wilson
Kim Mann
Jami L. Galbraith
Nathan & Kamionski LLP
575 South Charles Street, Suite 402
Baltimore, Maryland 21201
(410) 630-4493
jgalbraith@nklawllp.com

*Attorneys for the City of Philadelphia, Walter Hoffner, Richard Reinhold, Leon Lubiejewski, James Collins, Steven Vivarina, and the Estate of Robert A. Snell*

## CERTIFICATE OF SERVICE

I, JAMI L. GALBRAITH, an attorney, do hereby certify that a true and correct copy of the foregoing document was electronically filed with the Court this date and is available for viewing and downloading from the ECF system. All counsel of record was served via electronic notification.

Dated: July 16, 2026

Respectfully submitted,

*/s/ Jami L. Galbraith*

Shneur Z. Nathan
Avi T. Kamionski
Brian Wilson
Kim Mann
Jami L. Galbraith
Nathan & Kamionski LLP
575 South Charles Street, Suite 402
Baltimore, Maryland 21201
(410) 630-4493
jgalbraith@nklawllp.com