# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES KELLY,<br>Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA, *et al.*,<br>Defendants. | CIVIL ACTION<br><br>No. 24-cv-06701-JFM |

**AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF JAMES ARRINGTON**

TO: James Arrington
3513 North Lee Street
Philadelphia, PA 19134

Please take notice that counsel for Plaintiff will take the videotaped deposition of **James Arrington** via **ZOOM** on **August 17**, **2026**, **at 10:00 A**.**M**., for the purpose of discovery before a Notary Public or some other officer authorized by law to administer oaths, pursuant to the Federal Rules of Civil Procedure. Court Reporter and Videographer will be provided by Magna Legal Services.

The examination will continue from day to day until completed.

MARRONE LAW FIRM, LLC

By: /s/ *Keir Bradford-Grey*
Keir Bradford-Grey, Esquire
Joseph M. Marrone
Michael D. Pomerantz
Emily B. Barkann
200 South Broad Street, Suite 610
Philadelphia, PA 19102
(215) 732-6700
PA Attorney ID No. 87054
kbgrey@marronelaw.com

Date: July 29, 2026

Counsel for Plaintiff

cc: Magna Legal Services (Via Email)
All Counsels for Defendants