**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES KELLY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 24-6701** |
| | : | |
| **CITY OF PHILADELPHIA, *et al.*** | : | |

## ORDER

**AND NOW**, this 13th day of August 2026, upon considering defendants' motion to stay discovery (DI 166), it is **ORDERED** defendants' motion (DI 166) is **GRANTED in part** and **DENIED in part**. We agree that an investigation into the claims raised by witness Ernestine Williams is warranted. But while parts of discovery should likely wait for resolution of those claims, a full stay is unjustified. We trust that the parties will be able to agree to continue to willingly engage in discovery on other unaffected matters to keep the case moving forward. To that end, discovery shall proceed on the topic of the claims raised by Ms. Williams and shall proceed on any areas counsel can agree on. But a party may refuse to participate in discovery on the basis of this order if that discovery is premature in light of, or runs counter to, the Ms. Williams investigation. We leave it to defendants to investigate and pursue an appropriate motion for relief if warranted.

**MURPHY, J.**